FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**U.S. Department of Justice**

**MICHAEL BAILEY**
United States Attorney
District of Arizona

---

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004-4408

Main:  (602) 514-7500
Main Fax:  (602) 514-7693

October 13, 2020

Honorable Camille D. Bibles
United States Magistrate Judge
123 North San Francisco Street, Suite 200
Flagstaff, Arizona 86001

## SEALED

     Re:    *United States v. Brannen S. Mehaffey*
           USAO No. 2019R14208
           Court No.  CR-20-00626-PHX-DWL (ESW)

Dear Magistrate Judge Bibles:

       This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  We have carefully reviewed all of the available records in our office, to include internal computer data, and determined that:

☐     A CONFLICT MAY EXIST
     To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates:  October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2019.

☒     NO PROBABLE CONFLICT
     My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

Please feel free to contact me with any questions.  Thank you.

                         Sincerely,

                         GARY M. RESTAINO
                         Assistant United States Attorney

GMR/mad



**U.S. Department of Justice**

**MICHAEL BAILEY**
United States Attorney
District of Arizona

---

Two Renaissance Square          Main:    (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

October 13, 2020

Honorable Dominic W. Lanza
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 W. Washington Street, SPC 46
Phoenix, Arizona 85003-2151

# SEALED

Re:    *United States v. Brannen S. Mehaffey*
       USAO No. 2019R14208;
       Court No.

Dear Judge Lanza:

This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐    A CONFLICT MAY EXIST

    ☐    The case or matter was in the White Collar Fraud and Public Corruption Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**December 2, 2012 through January 24, 2015**).

    ☐    The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Criminal Division (**January 25, 2015 through September 11, 2018**).

    ☐    My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**October 14, 2008 through September 11, 2018**).

☒    NO PROBABLE CONFLICT

    ☒    My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the White Collar Fraud and Public Corruption Section when you supervised that section (**December 2, 2012 through January 24, 2015**); and 3) the case or matter was not in the office when you had supervisory authority over the Criminal Division (**January 25, 2015 through September 11, 2018**).

Sincerely,

GARY M. RESTAINO
Assistant United States Attorney

GMR/mad



**U.S. Department of Justice**

**MICHAEL BAILEY**
United States Attorney
District of Arizona

---

Two Renaissance Square          Main:   (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax:  (602) 514-7693
Phoenix, AZ  85004-4408

October 13, 2020

Honorable Michael T. Morrissey
U.S. Magistrate Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 324
401 W. Washington Street
Phoenix, Arizona 85003-2151

SEALED

     Re:    *United States v. Brannen S. Mehaffey*
           USAO No. 2019R14208
           Court No.

Dear Judge Morrissey:

     This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐    A CONFLICT MAY EXIST

    ☐    The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Appellate Section (**November 3, 2002 through May 1, 2005**).

    ☐    The case or matter was in the National Security and Border Security Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**May 2007 through October 23, 2011**).

    ☐    My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**September 8, 1991 through September 7, 2013**).

☒    NO PROBABLE CONFLICT

    ☒    My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the Appellate Section when you supervised that section (**November 3, 2002 through May 1, 2005**); and 3) the case or matter was not in the office when you had supervisory authority over the National Security and Border Security Section (**May 2007 through October 23, 2011**).

                           Sincerely,

                           GARY M. RESTAINO
                           Assistant United States Attorney

GMR/mad