AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

NOV 0 6 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-20-626-PHX-DWL |
| Brannen S. Mehaffey, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brannen S. Mehaffey                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1956(a)(3)(B)-(C) and (c)(4)(A)(i) and (B) - Money Laundering

31:5324(a)(1),(3) and (d)(2) and 18:2(b) - Structuring Financial Transactions


Date:   10/14/2020                                            _____
                                                              *Issuing officer's signature*

City and state:   Phoenix, Arizona                            M. Pruneau, Deputy Clerk
                                                              *Printed name and title*
cc: PTS

| Return |
|---|
| This warrant was received on *(date)* 10-14-2020 , and the person was arrested on *(date)* 10-21-2020 at *(city and state)* Austin, TX . |
| Date: 10-28-2020                                           _____ <br> *Arresting officer's signature* <br><br> IRS <br> *Printed name and title* |