# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-0626-PHX-DWL |
| Plaintiff, | |
| v. | **ORDER** |
| Brannen S. Mehaffey, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Continue the Arraignment (Doc. 15), there being no opposition from the defense, and good cause shown,

**IT IS ORDERED** granting the Government's Motion to Continue the Arraignment (Doc. 15).

**IT IS FURTHER ORDERED** continuing the arraignment from November 25, 2020, at December 16, 2020 at 11:00 a.m. before Judge Fine in courtroom 304.

The Court finds excludable delay under 18 U.S.C. § 3161(h)____ from November 26, 2020 to December 16, 2020.

Dated this 23rd day of November, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge