# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Brannen S. Mehaffey,<br><br>  Defendant. | No. CR-20-00626-001-PHX-DWL<br><br>**ORDER** |

The Court has considered Motion for Counsel to Appear Telephonically (Doc. 17). Good cause appearing,

IT IS ORDERED granting Motion for Counsel to Appear Telephonically (Doc. 17). Arraignment set for December 16, 2020 at 11:00 a.m., before Judge Fine is affirmed. Counsel shall contact Judge Fine's Chambers (602-322-7630) for instructions regarding telephonic appearance of counsel and the Defendant.

Dated this 9th day of December, 2020.

*[signature]*
Honorable Eileen S. Willett
United States Magistrate Judge