1   MICHAEL BAILEY
United States Attorney
2   District of Arizona

3   GARY M. RESTAINO
Arizona State Bar Number 017450
4   CAITLIN NOEL
Arizona State Bar Number 033812
5   Assistant United States Attorneys
Two Renaissance Square
6   40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
7   Telephone: (602) 514-7500
Email: Gary.Restaino@usdoj.gov
8            Caitlin.Noel@usdoj.gov
*Attorney for Plaintiff*

9
IN THE UNITED STATES DISTRICT COURT
10
FOR THE DISTRICT OF ARIZONA
11

12   United States of America,                    No. CR-20-00626-PHX-DWL

13                     Plaintiff,          **GOVERNMENT'S FIRST BILL OF
PARTICULARS REGARDING
14            v.                            FORFEITURE IN THE INDICTMENT**

15   Brannen Sage Mehaffey,

16                     Defendant.

17          Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of

18   America particularly alleges that the following property is subject to forfeiture on the basis

19   of the forfeiture allegation set forth in the Indictment:

20          1.  $88,290.00 in United States Currency;

21          2.  $425.00 in United States Currency;

22          3.  $2,900.00 in United States Currency; and

23          4.  $250.00 in United States Currency.

24          Respectfully submitted this 18th day of December, 2020.

25                                         MICHAEL BAILEY
United States Attorney
26                                         District of Arizona

27                                         *s/Gary M. Restaino*
GARY M. RESTAINO
28                                         CAITLIN NOEL
Assistant United States Attorneys

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: John Rood, *Attorney for Defendant*.


*s/Marjorie Dieckman*
U.S. Attorney's Office