# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>v.<br>Brannen S. Mehaffey,<br>　　　　　Defendant. | No. CR-20-00626-001-PHX-DWL<br><br>**ORDER** |

This matter is before the Court on Defendant's ex parte submission of financial affidavit pursuant to this Court's previous order in open court (Doc. 19). The Court has reviewed the financial affidavit, finds Defendant qualifies for court appointed counsel, and affirms the appointment of counsel pursuant to the Criminal Justice Act.

**IT IS HEREBY ORDERED** that the Clerk of Court file the financial affidavit ex parte and under seal, pursuant to the Court's regular policy and practice.

**IT IS FURTHER ORDERED** affirming the appointment of counsel for Defendant under the Criminal Justice Act.

Dated this 28th day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge