MICHAEL BAILEY
United States Attorney
District of Arizona

GARY M. RESTAINO
Arizona State Bar Number 017450
CAITLIN NOEL
Arizona State Bar Number 033812
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Gary.Restaino@usdoj.gov
        Caitlin.Noel@usdoj.gov
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-PHX-DWL |
| Plaintiff, | **GOVERNMENT'S SECOND BILL OF PARTICULARS REGARDING FORFEITURE IN THE INDICTMENT** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment:

1. $1,000.00 United States Postal Service Money Order Serial # 26380385785; and

2. $1,000.00 United States Postal Service Money Order, Serial # 26753708046.

The United States of America continues to allege that the property listed in the First Bill of Particulars (doc. 20) is subject to forfeiture as well.

Respectfully submitted this 29th day of December, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Gary M. Restaino*
GARY M. RESTAINO
CAITLIN NOEL
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: John Rood, *Attorney for Defendant*.


*s/Marjorie Dieckman*
U.S. Attorney's Office