IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Brannen Sage Mehaffey,<br><br>            Defendant. | Case No. CR-20-00626-1-PHX-DWL<br><br>**ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the government's motion, no objection from Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the government's Motion for Protective Order is GRANTED (Doc. 24).

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes, but is not limited to, names, addresses, telephone numbers, dates of birth, social security numbers, and banking information.

2. The defense team shall safeguard and shall not disclose the PII provided to it, other than to the extent necessary to prepare the defense.

3. Defendant shall not be allowed to retain any PII during the course of the litigation (although Defendant is entitled to review the materials with his counsel or other

1 | members of his defense team).

2 | 4. The parties shall ensure that PII is redacted from any documents filed with
3 | the court (unless filed under seal).

4 | 5. The defense team shall destroy, at the conclusion of this matter, all PII in its
5 | possession, except that Defendant's attorneys shall be allowed to retain materials
6 | containing PII until the time expires for all appeals, collateral attacks, other writs or
7 | motions challenging the conviction or sentence, and actions for professional malpractice.

8 | The Court finds excludable delay under 18 U.S.C. § 3161(h) from _ to _.

9 | Dated this 30th day of December, 2020.

_____
Dominic W. Lanza
United States District Judge