IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Brannen Sage Mehaffey,<br><br>　　　　　Defendant. | **NO. CR-20-00626-001-PHX-DWL**<br><br>**ORDER** |

　　　The Court has reviewed Defendant's Motion to Continue Trial and Continue the Time for Filing Motions (First Request) [Doc. 26].

　　　IT IS ORDERED denying without prejudice Defendant's Motion for failure to comply with LRCrim 12.3.

　　　Dated this 11th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Dominic W. Lanza
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge