# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | **(First Request)** |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Upon amended motion of the defendant, the government not objecting, and good cause appearing therefore,

**IT IS ORDERED** granting Defendant's Amended Motion (Doc. 28).

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based on the following facts: (a) the President of the United States has declared a public health emergency in response to the spread of the COVID 19 virus; (b) the Governor of Arizona has also declared a public health emergency; (c) the Chief Judge of this Court has entered General Order**s** 20-35, 20-36 and 21-02 in response to the public health emergency; (d) the Court's ability to obtain and screen a fair cross-section of jurors has been impaired by the public health emergency; and (e) potential health risks raised by convening a large number

of jurors for jury selection, and by holding daily trial involving counsel and their assistants, court staff, representatives of the Marshal's office, jurors, and the parties, could distract participants or hurry the trial process in a manner inconsistent with the ends of justice. This Court also specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(b)(iv).

**IT IS FURTHER ORDERED** continuing Trial from February 2, 2021, to **May 4, 2021, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the time for filing pretrial motions is continued to **March 22, 2021.**

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(iv) from **February 3, 2021,** to **May 6, 2021.**

Dated this 11th day of January, 2021.

Dominic W. Lanza
United States District Judge

- 2 -