# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

On February 21, 2021, counsel Arnold Spencer filed a Motion for Substitution of Counsel (Doc. 34).

IT IS ORDERED that the motion will be denied within 3 days of the date of this Order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section G, specifically, subparagraph 1b.

Dated this 22nd day of February, 2021.

Dominic W. Lanza
United States District Judge