# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00626-001-PHX-DWL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

IT IS ORDERED that the Motion for Substitution of Counsel is granted (Doc. 37).

IT IS FURTHER ORDERED that Arnold A. Spencer is substituted in as counsel of record for Defendant Brannen Mehaffey for all further proceedings.

Dated this 24th day of February, 2021.

Dominic W. Lanza
United States District Judge