PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
CAITLIN NOEL
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email:       Gary.Restaino@usdoj.gov
             Caitlin.Noel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Brannen S. Mehaffey,<br><br>　　　　　Defendant. | No. CR-20-00626-PHX-DWL<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's April 9, 2021 order (Doc. 39), the parties jointly provide the following status update:

　　　　On October 13, 2020, Defendant was indicted on seven counts of money laundering and one count of structuring financial transactions. (Doc. 3.) Defendant was arrested in Texas, where his initial appearance was held on October 23, 2020. (Doc. 8 at 8.) Defendant was released from custody on October 28, 2020. (Doc. 8 at 4.) He remains out of custody. Trial was originally set for February 2, 2021. (Doc. 19.) The Court has granted one motion to continue, resulting in a current trial date of May 4, 2021. (Doc. 29.)

　　　　The parties do not anticipate proceeding to trial on May 4, 2021. Defense counsel, Arnold Spencer, will be filing a motion to continue the trial for 90 days based on the need for additional time to review the discovery and prepare for trial. The government does not object to the anticipated motion. The parties had hoped to have the motion filed before the

1  status report deadline, but Mr. Spencer is currently traveling and has been unable to file
2  the motion due to technical issues. He anticipates filing the motion to continue on
3  Thursday, April 15, 2020, when he returns to his office.
4        Undersigned counsel conferred with Mr. Spencer and confirmed that he joins in this
5  status report.
6        Respectfully submitted this 13th day of April, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/Caitlin Noel*
CAITLIN NOEL
GARY M. RESTAINO
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the above filing date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Arnold Spencer, Attorney for Defendant.

*s/Caitlin Noel*
U.S. Attorney's Office