# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Pursuant to LRCiv 7.3(a), "A party moving for an extension of time, whether by Motion or Stipulation, must disclose the existence of all previous extensions which have been granted concerning the matter for which an extension is sought,"

IT IS ORDERED denying Defendant's Motion for Continuance (Doc. 41) with leave to re-file said Motion in compliance with LRCiv 7.3(a). Counsel is advised this is the second request to continue trial. Counsel shall also comply with the ECF Administrative Policies and Procedures Manual, Section G, specifically, subparagraph 1b.

IT IS FURTHER ORDERED denying Defendant's Motion for failure to comply with LRCrim 12.3.

Dated this 19th day of April, 2021.

Dominic W. Lanza
United States District Judge