# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | **(Second Request)** |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Upon motion of the defendant, the government not objecting, and good cause appearing therefore,

**IT IS ORDERED** granting Defendant's Motion (Doc. 43).

This Court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(b)(iv).

**IT IS FURTHER ORDERED** continuing Trial from May 4, 2021, to **August 3, 2021, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the time for filing pretrial motions is continued to **June 22, 2021.**

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(iv) from **May 5, 2021,** to **August 3, 2021.**

Dated this 28th day of April, 2021.

_____
Dominic W. Lanza
United States District Judge