**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00626-001-PHX-DWL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

On October 13, 2020, the grand jury returned an indictment charging Defendant Brannen Sage Mehaffey ("Mehaffey") with seven counts of money laundering and one count of structuring financial transactions. (Doc. 3.) Later that month, Mehaffey was arrested and had his initial appearance in the Western District of Texas. (Doc. 8.) After the government withdrew its request for detention, the magistrate judge ordered that Mehaffey could be released, with conditions, pending trial. (*Id.* at 5.) One of the conditions in the release order is Mehaffey submit to drug testing "if required by the pretrial services officer or supervising officer." (Doc. 9 at 2.)

Now pending before the Court is a somewhat unusual motion by Mehaffey related to his drug test results. (Doc. 44.) Mehaffey states that he "is involved in a family law matter in Texas state court, which includes custody of [his] child," and "would like access to his drug tests which he has taken during the course of his supervision by Pretrial Services in this case" so he may submit those test results as evidence in the child custody matter. (*Id.* at 1.) Thus, Mehaffey "requests this Court instruct Pretrial Services to provide copies

of all of Mr. Mehaffey's drug test results to Mr. Mehaffey." (*Id.*)

Although the Court commends Mehaffey for his performance to date while on pretrial release, his request is denied. Under 18 U.S.C. § 3153(c)(1), and subject to exceptions not applicable here, "information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential." This language forecloses Mehaffey's request, which is functionally a request to use "information obtained in the course of performing pretrial services functions" (*i.e.,* drug test results) for a purpose unrelated to bail determination. *See generally United States v. Santa*, 769 F. App'x 450, 453 (9th Cir. 2019) ("[P]retrial-services information is confidential regardless of whether the information is sought for use against the supervisee, as long as the information was obtained in the course of performing pretrial services functions.") (cleaned up).

Accordingly, **IT IS ORDERED** that Mehaffey's motion for release of drug-testing results (Doc. 44) is **denied**.

Dated this 20th day of May, 2021.

Dominic W. Lanza
United States District Judge