# United States District Court
## for
### District of Arizona



JUN 0 1 2021

U. S. A. vs. Brannen Sage Mehaffey
Docket No. 2:20-CR-00626-DWL-1
AUSA: Gary Michael Restaino
Defense Attorney: Arnold Augur Spencer

T- SEALED

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **REBECCA I. TIECHE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Brannen Sage Mehaffey</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 21st day of October, 2020, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1. **Defendant must not violate Federal, state, or local law while on release.**

    On May 29, 2021 the defendant was arrested by Travis County Sheriff Office in Texas and charged with Driving While Intoxicated.

2. **Defendant shall not use alcohol at all.**

    At the time of the afore-mentioned arrest, the defendant admitted to consuming two alcoholic beverages prior to operating a motor vehicle.

cc: PTS

Page 2
RE: Brannen Sage Mehaffey
June 1, 2021

### AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_Rebecca Tieche_ | June 1, 2021
Rebecca I. Tieche | Date
U.S. Pretrial Services Officer

**Reviewed by**

_Gilbert Lara_ | June 1, 2021
Gilbert Lara | Date
Supervisory U.S. Pretrial Services Officer

### ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 1 day of June, 2021, and ordered filed and made a part of the records in the above case.

_Deborah M Fine_
The Honorable DEBORAH M FINE
U.S. Magistrate Judge