AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Brannen Sage Mehaffey<br>*Defendant* | )<br>)  Case No. CR-20-00626-001-PHX-DWL<br>)<br>)  ▮▮▮▮▮▮<br>)<br>) |

FILED ☐ LODGED
☑ RECEIVED ☐ COPY

JUN 11 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Brannen Sage Mehaffey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Pretrial Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date:   June 1, 2021

*(seal)*

*/s/ Michelle Sanders*
*Issuing officer's signature*

City and state:   Phoenix, Arizona

ISSUED ON 1:39 pm, Jun 01, 2021
s/ Debra D. Lucas, Clerk

Michelle Sanders, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6-01-2021, and the person was arrested on *(date)* 6-8-2021
at *(city and state)*

Date:  6-8-2021

*(signature)*
*Arresting officer's signature*

Scott Morris   USM
*Printed name and title*
4697

cc: PTS