☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 14 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

JUN 11 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case No: AU:21-M-00481(1) |
| | § | |
| (1) Brannen Sage Mehaffey | § | Charging District: District of Arizona |
| | § | Charging District's Case No.: 2:20-cr-626 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No. |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 11, 2021

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

Case 2:20-cr-00626-DWL   Document 50   Filed 06/14/21   Page 2 of 8
Case 1:21-mj-00481-ML   Document 3   Filed 06/08/21   Page 2 of 2
AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**FILED**
JUN 11 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

USA

v.

Case Number: AU:21-M-00481(1)

(1) Brannen Sage Mehaffey

Charging District's Case No.: 2:20cr626

**Waiver of Rule 5 & 5.1 Hearing**
(Complaint/Indictment)

I understand that I have been charged in another district, the District of Arizona.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

( ✓ ) an identity hearing and production of the warrant.

( ✓ ) a preliminary hearing.

( ✓ ) a detention hearing.

( ✓ ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

6/10/2021
_____
Date

_____
(1) Brannen Sage Mehaffey, Defendant

_____
Counsel for Defendant

# UNITED STATES MAGISTRATE JUDGE
# BOND HEARING

| | |
|---|---|
| CASE NO.: AU:21-M-00481(1) | LOCATION: AUSTIN, TEXAS |
| DEFENDANT: (1) Brannen Sage Mehaffey | ATTORNEY: Arnold Spencer |
| MAGISTRATE JUDGE: MARK LANE | AUSA: Matt Devlin |
| CRD: Amanda Deichert | INTERPRETER: N/A |
| COURT REPORTER: FTR Gold - ERO | PRETRIAL OFFICER: Kyona Stubbs |
| CSO: | TIME: 1:07 PM - 1:17 PM (10 minutes) |
| HEARING DATE: June 11, 2021 | |

## PROCEEDINGS

- [ ] WAIVER OF PRELIMINARY HEARING/ARRAIGNMENT FILED
- [ ] PRELIMINARY HEARING/ARRAIGNMENT HELD
- [ ] COURT READ CHARGES TO DEFENDANT; DEFENDANT PLEADS NOT GUILTY
- [ ] COURT FINDS PROBABLE CAUSE EXIST TO PRESENT CASE TO GRAND JURY FOR INDICTMENT
- [ ] DETENTION HEARING HELD
- [ ] WITNESS SWORN AND TESTIFIED
- [ ] EXHIBITS OFFERED AND ADMITTED
- [ ] ARGUMENT OF COUNSEL HEARD
- [ ] MOTION TO DETAIN GRANTED/WITHDRAWN/DENIED
- [X] COURT FINDS THERE **ARE** CONDITIONS TO BE SET
- [X] CONDITIONS REVIEWED WITH DEFT WHO ACKNOWLEDGED UNDERSTANDING & SIGNED SAME
- [X] HEARING CONCLUDED
- [X] WRITTEN ORDER TO FOLLOW

OTHER: _____

11

UNITED STATES MAGISTRATE JUDGE
# IDENTITY/PRELIMINARY HEARING

CASE NO.  AU:21-M -00481(1)            LOCATION:  AUSTIN, TEXAS

DEFENDANT: (1) Brannen Sage Mehaffey   ATTORNEY:  Arnold Spencer

MAGISTRATE JUDGE: MARK LANE            AUSA:  Matt Devlin

CRD:  Amanda Deichert                  INTERPRETER:  N/A

COURT REPORTER:  FTR Gold - ERO        PRETRIAL OFFICER:  Kyona Stubbs, Linda Cano

CSO:                                   TIME:  11:07 AM - 11:17 (10 minutes)

HEARING DATE:  June 11, 2021

## PROCEEDINGS

| | |
|---|---|
| [X] | WAIVER OF IDENTITY/PRELIMINARY/DETENTION HEARINGS FILED |
| [ ] | PRELIMINARY HEARING/ARRAIGNMENT HELD |
| [ ] | COURT READ CHARGES TO DEFENDANT; DEFENDANT PLEADS NOT GUILTY |
| [ ] | COURT FINDS PROBABLE CAUSE EXIST TO PRESENT CASE TO GRAND JURY FOR INDICTMENT |
| [ ] | DETENTION HEARING HELD |
| [ ] | WITNESS SWORN AND TESTIFIED |
| [ ] | EXHIBITS OFFERED AND ADMITTED |
| [ ] | ARGUMENT OF COUNSEL HEARD |
| [ ] | MOTION TO DETAIN GRANTED/WITHDRAWN/DENIED |
| [ ] | COURT FINDS THERE ARE NO CONDITIONS TO BE SET |
| [ ] | CONDITIONS REVIEWED WITH DEFT WHO ACKNOWLEDGED UNDERSTANDING & SIGNED SAME |
| [X] | **HEARING RESET TO 1:00PM** |
| [ ] | WRITTEN ORDER TO FOLLOW |

OTHER:  Conditions of Release discussed pending approval of Judge in originating district.

10

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §  Criminal No.: **AU:21-M -00481(1)** |
| | § |
| (1) Brannen Sage Mehaffey | §  Date Appeared: June 08, 2021 |
| *Defendant* | §  Time:    1:40 PM - 1:46 PM (6 minutes) |

# INITIAL APPEARANCE - District of Arizona (2:20cr626)

1. Petition Filed        June 1, 2021            Warrant Issued:    June 1, 2021
                              *Date*                                                            *Date*

   Arrested              June 8, 2021             Agency:                    USMS
                              *Date*                                                          *Agency*

2. COURT PERSONNEL:

   U.S. Magistrate Judge:    MARK LANE
   Courtroom Deputy:         Amanda Deichert
   Pretrial Officer:
   Interpreter:              N/A

3. APPEARANCES:

   AUSA:   - Excused
   DEFT:   - Excused

4. PROCEEDINGS:

   a. Age      44      Education _____     Gender     Male
   b. Defendant understands proceedings and is mentally competent.              Y
   c. Defendant is informed of constitutional rights.                           Y
   d. Defendant understands charges.                                            Y
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing.   N/A
   f. Defendant informed of right to legal counsel.                             Y
       ____ 1) Defendant waives counsel.
       ____ 2) Defendant states he/she will retain counsel.
       _X__ 3) Defendant states he has retained:   Arnold Spencer
                     Phone No.: _____
       ____ 4) Defendant requests appointment of counsel.
                ____ Defendant HAS NOT completed the CJA23 financial affidavit.
                       ____ Court will appoint counsel in the interest of justice but will require an affidavit to be completed by the next hearing.
                ____ Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
                       ____ The defendant is indigent at this time.
                       ____ Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
                ____ The Court finds that the defendant is NOT eligible and denies request.

6

PROCEEDING MEMO - INITIAL APPEARANCE
In Re: (1) Brannen Sage Mehaffey
Page 2 of 2 Pages

g.    **PRE-TRIAL RELEASE:**
     _____ 1) The Government makes ☐ oral or ☐ written motion for detention under 18 USC 3142. Court sets detention hearing for _____
     _____ 2) The Court sua sponte moves for detention. The detention hearing is set for _____ at _____
     _____ 3) The Defendant ☐ is released ☐ will be released on the following conditions: _____
         Bond is set at $ _____

         *(Check the following that apply:)*

         _____ unsecured      _____ unsecured with 10% posted to the registry
         _____ cash or corporate      _____ additional sureties
         _____ 3rd party custodian      _____ as set forth in Order Setting Conditions of Release

h.    Temporary Detention issued _____ Arraignment set for _____

i.    **REMOVAL PROCEEDINGS:**
     The Defendant is advised of Rule 20 and Rule 5 rights and ....
     _____ 1) The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the _____. Detention hearing is to be held in that district.
     _____ 2) The Defendant waives Rule 5 and is released on bond. The Defendant is ordered to appear in the _____ ☐ on _____ or ☐ when notified by the prosecuting district.
     __X__ 3) The Defendant is ☒ detained ☐ released on bond and requests Rule 5(c)(3) hearing. The Court sets hearing for Identity/Preliminary Hearings on June 11, 2021 at 11:00 am

j.    Other: _____

7

## U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00481-ML All Defendants

| | |
|---|---|
| Case title: USA v. Mehaffey | Date Filed: 06/08/2021 |
| Other court case number: 2:20-cr-626-PHX-DWL District of Arizona, Phoenix Division | Date Terminated: 06/11/2021 |

Assigned to: Judge Mark Lane

### Defendant (1)

**Brannen Sage Mehaffey**
*TERMINATED: 06/11/2021*

**Pending Counts**          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**              **Disposition**
Pretrial Release Violation Petition

### Plaintiff

USA         represented by   **Matthew B. Devlin**
                             Assistant United States Attorney
                             903 San Jacinto Blvd.
                             Suite 334
                             Austin, TX 78701
                             (512) 916-5858
                             Fax: (512) 370-1292
                             Email: matt.devlin@usdoj.gov
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/08/2021 | 1 | Arrest (Rule 5/Rule 32.1) of Brannen Sage Mehaffey (jf) (Entered: 06/08/2021) |
| 06/08/2021 | 2 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Brannen Sage Mehaffey held on 6/8/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) (Entered: 06/08/2021) |
| 06/08/2021 | 3 | NOTICE OF HEARING as to Brannen Sage Mehaffey: Identity / Preliminary Hearing set for 6/11/2021 at 11:00 AM before Judge Mark Lane.(jf) (Entered: 06/08/2021) |
| 06/11/2021 | 4 | Minute Entry for proceedings held before Judge Mark Lane:Identity / Preliminary Hearing as to Brannen Sage Mehaffey held on 6/11/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) (Entered: 06/11/2021) |
| 06/11/2021 | 5 | Minute Entry for proceedings held before Judge Mark Lane:Bond Hearing as to Brannen Sage Mehaffey held on 6/11/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (jf) (Entered: 06/11/2021) |
| 06/11/2021 | 6 | ORDER Setting Conditions of Release. Signed by Judge Mark Lane. (jf) (Entered: 06/11/2021) |
| 06/11/2021 | 7 | WAIVER - Rule 5 as to Brannen Sage Mehaffey. (jf) (Entered: 06/11/2021) |
| 06/11/2021 | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Brannen Sage Mehaffey. Signed by Judge Mark Lane. (jf) (Entered: 06/11/2021) |
| 06/11/2021 | 9 | Notice to District of Arizona, Phoenix Division of a Rule 5, Rule 32, or Rule 40 Appearance as to Brannen Sage Mehaffey. Your case number is: 2:20-cr-626-PHX-DWL. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (jf) (Entered: 06/11/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/14/2021 10:59:00 | | | |
| PACER Login: | ud1540:4260067:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:21-mj-00481-ML |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**