IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>v.<br><br>Brannen Sage Mehaffey,<br><br>           Defendant. | No. CR-20-00626-001-PHX-DWL<br><br>**ORDER** |

The Court has reviewed Defendant's Request to Appear by Telephone or Video Conference and Request for Continuance, Doc. 54. There being no objection and good cause appearing,

IT IS ORDERED granting Defendant's Request to Appear by Telephone or Video Conference and Request for Continuance, Doc. 54.

IT IS FURTHER ORDERED the Initial Appearance re: Petition to Revoke Pretrial Release currently set for July 7, 2021 is RESET to July 19, 2021 at 12:30 pm before Magistrate Judge Fine, courtroom 304.

IT IS FURTHER ORDERED allowing Defendant and his counsel to appear by telephone for the Initial Appearance. Counsel shall contact Magistrate Judge Deborah M. Fine's chambers for call-in instructions.

///

///

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(iv) from **7/8/2021 to 7/19/2021**.

DATED this 2nd day of July, 2021.

_____
Honorable Michelle H. Burns
United States Magistrate Judge