# United States District Court
## for
## District of Arizona

U. S. A. vs. Brannen Sage Mehaffey
Docket No. CR-20-00626-001-DWL
AUSA: Gary Michael Restaino
Defense Attorney: Arnold Augur Spencer



T—SEALED

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MATTHEW M. SZMYTKE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Brannen Sage Mehaffey</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 16th day of December, 2020, who imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**Defendant must not use alcohol at all.**

On July 9, 2021, the defendant contacted his supervising officer in the Western District of Texas and admitted to consuming alcohol "hourly" since he was placed in the Location Monitoring Program, which was June 14, 2021 in the Western District of Texas.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_Matthew Szmytke_
Matthew M. Szmytke
Intensive Supervision Specialist

July 9, 2021
**Date**

Page 2
RE: Brannen Sage Mehaffey
July 9, 2021

**Reviewed by**

_____  
Gilbert Lara  
Supervisory U.S. Pretrial Services Officer

July 9, 2021  
**Date**

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 9 day of July, 2021, and ordered filed and made a part of the records in the above case.

_____  
**The Honorable MICHELLE H. BURNS**  
**U.S. Magistrate Judge**

cc: PTS