UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

```
FILED      ___ LODGED
___ RECEIVED   ___ COPY

    JUL 1 6 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | NO: AU:21-M-00555(1) |
| § | |
| (1) Brannen Sage Mehaffey § | Charging District's |
| § | Case No. 2:20-cr-626-DWL |
| § | |
| § | |
| § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ___Arizona, Phoenix Division___.

The defendant may need an interpreter for this language: ___N/A___.

The defendant:  [X] has retained an attorney - Arnold Spencer.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

07/15/2021

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.                                                          NO:   AU:21-M -00555(1)

(1) Brannen Sage Mehaffey                                  *Charging District's Case No.: 2:20-CR-626-DWL*

**Waiver of Rule 32.1 Hearing**
(Violation of Probation or Supervised Release)

    I understand that I have been charged with violating the conditions or probation or supervised release in a case pending in another district, the District of Arizona, Phoenix Division.

I have been informed of the charges and of my rights to:

    (1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2) an identity hearing to determine whether I am the person named in the charges;

    (3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

    (4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

    (5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release form custody.

I agree to waive my right(s) to:

(   ) an identity hearing and production of the judgment, warrant and warrant application.

(   ) a preliminary hearing.

(   ) a detention hearing.

(   ) an identity hearing, production of the judgment, warrant and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Brannen Sage Mehaffey, *Defendant*

_____          _____
Date                                                  *Counsel for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: AU:21-M -00555(1) |
| (1) Brannen Sage Mehaffey | § | |

## ORDER REGARDING FINANCIAL STATUS

The defendant appeared in this Court this day and asked the Court to appoint counsel. Because the defendant has testified under oath or otherwise satisfied the Court after appropriate inquiry that the defendant (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court has appointed counsel to represent the defendant in this case.

The defendant is advised that he may be required to reimburse the Government for the costs of appointed counsel on completion of the case. IT IS THEREFORE ORDERED that on any finding of guilt as to these current charges, the U.S. Probation Office is instructed to make financial inquiries of the defendant to determine if the defendant can repay the costs of court-appointed counsel. The U.S. Probation Office shall report its findings to the judicial officer assigned to the case before any sentencing.

**SIGNED** on July 12, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

## U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00555-SH All Defendants

Case title: USA v. Mehaffey  
Other court case number: 2:20-cr-626-DWL District of Arizona, Phoenix Division

Date Filed: 07/12/2021

---

Assigned to: Judge Susan Hightower

**Defendant (1)**

**Brannen Sage Mehaffey**     represented by     **Horatio R. Aldredge**  
Federal Public Defenders' Office  
Lavaca Plaza  
504 Lavaca St., Ste 960  
Austin, TX 78701  
(512)916-5025  
Fax: 512/916-5035  
Email: Horatio_Aldredge@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Duty Pub. Defender-Austin**  
Office of the Federal Public Defender  
Austin Division  
500 Lavaca St., Suite 960  
Austin, TX 78701  
(512) 916-5025  
Fax: (512) 916-5035  
Email: norma_g_medrano@fd.org  
*TERMINATED: 07/12/2021*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                      **Disposition**  
None

**Highest Offense Level (Opening)**  
None

**Terminated Counts**                                 **Disposition**  
None

**Highest Offense Level (Terminated)**

None

**Complaints**

Petition to Revoke Pretrial Release - District of Arizona, Phoenix Division

**Disposition**

**Plaintiff**

USA    represented by    **Gabriel Aaron Cohen**
U.S. Attorney's Office
Austin Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
512-370-1246
Fax: 512-916-5854
Email: gabriel.cohen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2021 | 1 | Arrest (Rule 5/Rule 32.1) of Brannen Sage Mehaffey. (kkc) (Entered: 07/12/2021) |
| 07/12/2021 | 2 | Minute Entry for proceedings held before Judge Susan Hightower:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Brannen Sage Mehaffey held on 7/12/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold - ERO.) (afd) (Entered: 07/12/2021) |
| 07/12/2021 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brannen Sage Mehaffey Duty Pub. Defender-Austin for Brannen Sage Mehaffey appointed.. Signed by Judge Susan Hightower. (afd) (Entered: 07/12/2021) |
| 07/12/2021 | 4 | Order Regarding Financial Status as to Brannen Sage Mehaffey. Signed by Judge Susan Hightower. (afd) (Entered: 07/12/2021) |
| 07/12/2021 | 5 | ORDER OF TEMPORARY DETENTION: as to Brannen Sage Mehaffey Detention and Bond Hearing set for 7/15/2021 10:00 AM before Judge Susan Hightower. Signed by Judge Susan Hightower. (afd) (Entered: 07/12/2021) |
| 07/12/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Horatio R. Aldredge appearing for Brannen Sage Mehaffey . Attorney Horatio R. Aldredge added to party Brannen Sage Mehaffey(pty:dft) (Aldredge, Horatio) (Entered: 07/12/2021) |
| 07/15/2021 | 7 | Minute Entry for proceedings held before Judge Susan Hightower:Bond Revocation Hearing as to Brannen Sage Mehaffey held on 7/15/2021. (Minute entry documents are not available electronically.), Detention Hearing as to Brannen Sage Mehaffey held on 7/15/2021 (Minute entry documents are not available electronically.) (Court Reporter ZOOM Recording.) (afd) (Entered: 07/15/2021) |
| 07/15/2021 |  | ORAL WAIVER of Detention/Bond Revocation Hearing by Brannen Sage Mehaffey (afd) (Entered: 07/15/2021) |
| 07/15/2021 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Brannen Sage Mehaffey. Defendant |

| | | |
|---|---|---|
| | | committed to District of DIstrict of Arizona, Phoenix Division.. Signed by Judge Susan Hightower. (afd) (Entered: 07/15/2021) |
| 07/15/2021 | 9 | Notice to District of Arizona, Phoenix Division of a Rule 5, Rule 32, or Rule 40 Appearance as to Brannen Sage Mehaffey. Your case number is: 2:20-cr-626-DWL. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (afd) (Entered: 07/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2021 12:25:13 | | | |
| **PACER Login:** | ud1540:4260067:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00555-SH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**