IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　v.<br>Brannen S. Mehaffey,<br>　　　　　Defendant. | No. CR-20-00626-PHX-DWL<br><br>**ORDER** |

　　　　Pursuant to the motion of the government (Doc. 61), no opposition from defense, and good cause appearing,

　　　　IT IS ORDERED granting the United States' Notice and Motion to Vacate Initial Appearance on Pretrial Release Violation (Doc. 61),

　　　　IT IS FURTHER ORDERED vacating the July 19, 2021 Initial Appearance hearing until such time as defendant arrives back in the District of Arizona, in the custody of the United States Marshal.

　　　　The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from ____ to _____.

　　　　Dated this 16th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Michelle H. Burns
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge