PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

Western District Of Texas

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** Kyona S Stubbs
United States Courthouse
501 West 5th Street, Suite 3200
Austin, TX 78701

☒ **Original Notice**
**Date:** 06/08/2021
**By:** Kyona Stubbs

☐ **Notice of Disposition**
**Date:**
**By:**

Defendant: Brannen S. Mehaffey

Case Number: [0970 2:20CR00626]-[001]

Date of Birth:
SSN:
Place of Birth: San Antonio, Texas, United States

**Notice of Court Order** (Order Date: 12/16/2020    )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on 06/08/2021.

**NOTICE OF DISPOSITION**
The above case has been disposed of.
☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court