(Rev. 02/13)

```
           FILED        ___ LODGED
           RECEIVED     ___ COPY

           AUG 0 9 2021

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | WARRANT FOR ARREST |
| --- | --- |
| v. | |
| Brannen Sage Mehaffey | CASE NUMBER: 2:20CR626-DWL-001 |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Brannen Sage Mehaffey and bring him forthwith to the nearest magistrate to answer a Pretrial Services Violation Petition charging him with 18 U.S.C. 956(a)(3)(B)-(C) and (c)(4)(A)(i) and (B) - Money Laundering; 18 U.S.C. 1956(a)(3)(B)-(C) and (c)(4)(A)(i) - Money Laundering; and 31 USC 5324(a)(l), (3) and (d)(2), 18:2(b), and 31 C.F.R. 103.11(gg) -Structuring Financial Transactions.

### VIOLATION OF RELEASE CONDITIONS

| Michelle H. Burns | United States Magistrate Judge |
| --- | --- |
| Name of Issuing Officer | Title of Issuing Officer |
| *[Signature]* | July 9, 2021 at Phoenix, Arizona |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $   No Bail

| **RETURN** |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| --- | --- | --- |
| 07/12/2021 | | *[Signature]* |

| Date of Arrest | LOCATION: | AGENCY: |
|---|---|---|
| 07/12/2021 | AUSTIN, TX | U.S. MARSHAL SERVICE |