# WAIVER OF INDICTMENT

☒ FILED ☐ LODGED
Dec 07 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Brannen Sage Mehaffey, <br><br> Defendant. | No. CR20-0626-PHX-DWL |

Brannen Sage Mehaffey, the above-named defendant, who is accused of the felony offense of Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a), (b)(1)(B) and (b)(1)(C), being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Brannen Sage Mehaffey
Defendant

_____
Arnold Spencer
Counsel for Defendant

Date  11/9/21