☒ FILED   ☐ LODGED

**Dec 07 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-SPL |
| Plaintiff, | **CONSENT OF DEFENDANT** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 21 day of November, 2021.

_Brannen Mehaffey by Arnold Spencer_
Brannen Sage Mehaffey
Defendant

_Arnold Spencer_
Counsel for Defendant

_Caitlin_
Caitlin Bales Noel
Assistant U.S. Attorney