**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | **(First Request)** |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Upon motion of the defendant, the government not objecting, and good cause appearing therefore,

IT IS ORDERED granting Defendant's Motion (Doc. 85). This Court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a sentencing hearing as scheduled. This finding is based on the Court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(b)(iv).

IT IS FURTHER ORDERED continuing Sentencing from February 15, 2022, to **April 12, 2022, at 11:15 a.m.**

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(iv) from _____, 20__ , to _____, 20__.

Dated this 22nd day of December, 2021.

_____
Dominic W. Lanza
United States District Judge