THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CRVLR S. 4, 7, 1 (a) (1)
(Rule Number/Section)

22 Feb 2022

FILED ____ LODGED
RECEIVED ____ COPY

FEB 2/3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Clerk of the Court
Sandra Day O'Conner
U.S. Courthouse
401 W. Washington St.
Phoenix AZ 85003.

RE: U.S. v. Brannen Sage Mehaffey
Court Case Number CR-20-00626-PHX-DWL

Agency Case Number  :337-708-5777
Seizure Number       :337-2021-003
Asset Identification :337-2021-0001
Asset Description    :Bank of America Account #4830-6133-9751
                      in the Name of Blacksmith Corp.
Asset Value          :$28,500.00

To Clerk of the Court

This is my Ancillary Petition Claiming Interest in Forfeited Property from
Court Case Number CR-20-00626-PHX-DWL; Notice of Forfeiture.
And this is my request letter of Petition for Remission or Mitigation
of Court Case Number CR-20-00626-PHX-DWL.

See my letter to U.S. Dept of Homeland Security dated 19 Jan 2021.
Attached with supporting documents and copies of all transactions
to include Money Orders and Post Office receipts.

See all Packages attached 1 thur 6.
Note Package #6. Includes one Money Order from letter
Court Case Number CR-20-00626-PHX-DWL
Money Order Serial # 26380385785 valued at $1,000.00.

Sincerely

Donald E Merritt

Donald E. Merritt

| | FOR GOVERNMENT USE ONLY |
|---|---|
| DATE PETITION RECEIVED:<br>PETITION TIMELY FILED:<br>PROPERTY STATUS:<br>FORFEITURE STATUS: | YES: __  NO: __ |

CASE NUMBER: **337-708-5777**

SEIZURE NUMBER: **337-2021-003**

# PETITION FOR REMISSION/MITIGATION

| | |
|---|---|
| Petitioner: | **Donald E Mevritt** |
| Street Address: | **2 CRESTWOOD CT** |
| City: | **Belleville**    State: **Il 62226** |
| Contact: | Telephone: **618-604-9206** |
| | E-mail address: **MiKim1980@Yahoo.COM**    Fax: |

*Petitioner does not contest the forfeiture, but agrees with Secret Service that property seized in the referenced case is subject to forfeiture by the U.S. government. In filing this Petition, Petitioner submits to an administrative (i.e., non-judicial) process, whereby Secret Service has authority to consider and determine Petitioner's interest, if any, in the property seized. Where a valid interest is established, seized property and/or the value thereof may, depending upon the status of the property and/or forfeiture, be remitted or returned to Petitioner, less applicable costs and expenses. Where mitigation is recommended, monetary penalties may also be imposed.*

1. *Please indicate your status in filing this Petition: (check appropriate box)*

☐      Petitioner is an OWNER or LIENHOLDER.

With respect to a property interest in existence at the time the illegal conduct giving rise to forfeiture took place, an OWNER or LIENHOLDER must establish:

     a.    a legally cognizable property interest in seized property; *and*
     b.    no knowledge of the conduct giving rise to the forfeiture; *or*
     c.    upon learning of conduct giving rise to forfeiture, Petitioner did all that reasonably could be expected under the circumstances to terminate such use of the property.

☐      Petitioner is a BONAFIDE PURCHASER or SELLER FOR VALUE.

With respect to a property interest acquired after the conduct giving rise to the forfeiture has taken place, a BONAFIDE PURCHASER or SELLER FOR VALUE must establish:

     a.    a legally cognizable property interest in seized property;
     b.    at the time the property interest was acquired, the Petitioner was a BONAFIDE PURCHASER or SELLER FOR VALUE; *and*
     c.    the Petitioner did not know and was reasonably without cause to believe that the property was subject to forfeiture.

☒      Petitioner is a VICTIM of fraud.

A Petitioner who cannot establish a proper interest in seized property may obtain remission or mitigation of the forfeiture as a VICTIM, if the Petitioner can establish:

     a.    It was a VICTIM of the offense giving rise to the forfeiture action;
     b.    Petitioner had no knowledge of, or was not willfully blind to, the violation(s) giving rise to the forfeiture action; *and*
     c.    Petitioner did all that reasonably could be expected under the circumstances to prevent the activity giving rise to the forfeiture *or* the illegal use of the property.

2. _Petitioner **must** identify property in which an interest is claimed, in whole or in part, by the relevant asset number(s) and/or property description_: *(Please refer to the original letter of notice for a complete listing of property seized in this case, any asset identification number and/or property description).*

☒ Please check this box, if you claim an interest in _all_ assets in this Seizure. Otherwise, indicate the specific asset(s) of interest below. Use additional pages, as necessary.

ASSET NUMBER:      337-2021-003-001
PROPERTY DESCRIPTION:      Bank of America Account
#4830-6133-9751
ASSET NUMBER:      IN Name of Black Smith Corp.
PROPERTY DESCRIPTION:      $28,500.00

3. _Petitioner **must** specify its particular interest in the asset(s) seized and/or indicate its loss in the referenced case_:

See ATTACHED Letter

4. _Please detail the facts and circumstances surrounding your loss, and attach documentation_ (i.e., Affidavits; Certificates of Title, financing statements; loan documents; credit applications; contracts; bill of sale; invoices; mortgages; purchase orders; transaction records; checks; receipts; credit card statements; liens; correspondence; account information; etc.), _which: (a) supports your interest in seized property; (b) shows proof of your status as an owner/lienholder, or bonafide purchaser/seller, or victim; (c) provides sufficient evidence of, and a connection between, your loss and the fraud committed; (d) or, otherwise supports remission or mitigation of asset(s)._ *(Attach additional pages, if necessary).*

See Attached Letter

☒ Please check this box, if supporting documentation is attached to this Petition.

ON THIS 20 DAY OF JAN, 2021, I DECLARE, UNDER PENALTY OF PERJURY, THAT I HAVE PERSONAL KNOWLEDGE OF THE MATTERS REFERRED TO IN THIS PETITION FOR REMISSION OR MITIGATION, AND BASED UPON MY KNOWLEDGE AND BELIEF, THE FOREGOING IS TRUE AND CORRECT.

_____     *(company name, if applicable)*

By: Donald E Merritt      *(signature)*
Donald E Merritt      *(printed name)* pet_form3.1
WITH THE UNITED STATES ARMED FORCES
SCOTT AFB, ILLINOIS

Subscribed and sworn to before me by
Donald E. Merritt
20 day of January 2021

375 AMW/JA, Scott AFB, IL 62225      Notary

SARAH E PETERS
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 9, 2022

U.S. Dept of Homeland Security                                    19 Jan 2021
United States Secret Service

Donald E. Merritt
2 Crestwood Court
Belleville IL 62226

RE: Letter Seizure of Property

    Agency Case Number  :337-708-5777
    Seizure Number      :337-2021-003
    Asset Identification :337-2021-003-0001
    Asset Description   :Bank of America Account #4830 6133 9751
                         in the Name of Blacksmith Corp.
                         $28,500.00

My Name is Donald E Merritt
I have lived in Belleville Ill. for the last 20 years.
I'm a retired Air Force Veteran of 24 years.

I first met Ms. Kathy L. Baker thru match.com back in July 2020
she said she live in Knoxville TN and that she had to go on a Busniess trip to UAE Dubai
for 5 days leaving on 11 July 2020 with returning on 16 July.
But after arriving in Dubai she had found that she had an outstanding balance ($6150) from before
and that she had to payoff before she could move her assets/trailers down to the port for
shipment. So I was able to get $6150 from my Discover Card account by using one of the checks
they had sent to me in the mail. I bought (17 July 2020) $6150 in money orders and sent them by
express mail over night to this address in Austin TX,
this address was provided to me by Ms Baker (see attached paper with her E-mail
address and address in Austin TX).
BM, 3801 N Capital of Texas hwy suite E 240 #112 Austin TX 78746.
(BM I beleive is for Brannen Mehaffey).
 All info is in attached package number 1.
( Deposit slip, Disc Card Statement, TX Address from
Kathy Baker, Receipt of Money Orders and Receipt of Express over night Package.
And copy of all Money Orders.)

Next came the storage fees because she wasn't able move the trailers out of the warehouse
so they was charging her storage fees for the days they where being stored. ($18,500)
thats when I was able to go to Mariner Finance. And got a loan (14 Aug 2020) for $5000 that and
the rest came what she claim was from her company back here in the state she was able to pay for
the storage fees. Again all money orders was sent to the same address in BM, 3801 N Capital of
Texas Hwy Suite E 240 #112 Austin TX 78746.
This info is in attached package number 2.
(Deposit slip for $5000, Note from Finance Co, Receipt for Money Orders and Express Package
and copy of Money Orders, also TX Address of where I sent the Money Orders.)

Next came the Taxes on the Assets going over to the US I think like Custom Taxes for ($28,000)
I had to sell off all of my coin collection (which was dumb) to help pay the taxes
I was able to come up with $3500 from the coins (16 Sept 2020).
I sold at Eagle Coins and Stamps in O Fallon IL. And Crestwood Coins and Jewelers over in St
Louis Mo. Sent all to address in Austin TX.

see package number 3.
(Deposit slip for $3594, My receipt of coins sold two to different shops, Receipt from PO for
Money Orders and Express Package, and Austin TX address, and Copy of Money Orders.)

Next came the Visa stamp in Passport had expired and so she had the pay penalty of ($2550)
she was 16 days over her stay time in Dubai. So I had gotten a check from my Mortgage Co
where I had overpaid into my Escrow account so they sent me a check for $1060. I was able to add
$200 and sent her another $1200. Sent all money orders to address Austin TX.
see package number 4.
(Deposit slip, Mortgage Co Escrow Overpay Ck, PO Receipt for Money Orders and Express
Package, Copy of MO, and Austin TX address,)

And on 15 Oct 2020 there was a $30,000.00 Wire Transfer into my bank account from a
Anthony L. Beaman who she said was a client and I was instructed by Ms. Baker
to process a Cashers Check for $28,500.00 in the name of Blacksmith Corp.
And provided me with Bank of America Account Number of 4830 6133 9751 and
Routing Number of 021 000 322.
see package number 5.
(My Commerce Bank statement showing the Wire Transfer from Anthony L. Beaman
the two bank slips for the Cashers Check / Withdrawnals of said CC.
A copy of the Cashers Check from Commerce Bank and the Deposit to Bank of America.)
I had mention it to Agent Schley about what if Iwas to keep the money and I think
his reply was not a good idea.
the remaning Balance of $1400 I sent to her in Money Orders same TX address.
I had to use $100 for Bank fees and Post Office fees.

Note. Money Order Serial # 26380385785 from Court Case CR-0020-00626-PHX-DWL in the amount of $1,000.00. I have the bottom half of the MO receipt plus all paperwork from Post Office where I had brought said MO and shipped by Exprees Delivery over night to the address  BM 3801 N  Capital of Texas Hwy Suite E 240  #112  Austin TX 78746. See package number 6

I had never thought that I was being scammed until Agent Schley called sometime in Oct 2020 maybe in hindsight I thought .something was not right but she Ms. Baker kept assuring me that she was going to pay me back once she was able to get back to the states.
it was or might have been in the back of my head but I didnt think of it being possible
Ms. Baker  she sounded so sincere that she was going to get back over here and pay me back of all of the money/funds she had borrowed from me.
I look back now and see some of the warning signs that I should had picked up on. But to late I was scammed out of over $18,500.00.

Donald 7 Merritt

Donald E. Merritt


I declare under penalty of perjury that the forgoing is true and correct.


Executed On 22 Feb 2022          Sworn Date 22 Feb 2022
                                 Party Signature Sarah E Peters

| WITH THE UNITED STATES ARMED FORCES SCOTT AFB, ILLINOIS | SARAH E. PETERS |

Subscribed and sworn to before me by
Donald E. Merritt
22 day of Feb 20 22

                                          Notary
375 AMW/JA, Scott AFB, IL 62225


SARAH E PETERS
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 9, 2022

22 Feb 2022

This letter is for the relief sought of Forfeited Assests
my request is to have all money/funds that I was Scammed out
of by Ms. Kathy Baker that happen thur the months of July 2020
Dec 2020.

I have charged up my Discover Card up to the max with high interest rates
also borrowed money from finance company as can be seen in supporting
Documents.

My wish is to be able to pay off  my Discover Card and the Finance Co.
Please help me make the possible.

Thank You
Donald E. Merritt

**Kathy Baker** <kathylbaker0@aol.com>
To: mikim1950@yahoo.com

Mailing Address

BM

3801 N Capital of TEXAS hwy Suite e 240
#112
Austin TX 78746

Over night delivery.

Show original message

#1

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number

26762411171

Year, Month, Day 2020-07-17   Post Office 622231   Amount $1,000.00   Clerk 10

---

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number

26762411182

Year, Month, Day 2020-07-17   Post Office 622231   Amount $1,000.00   Clerk 10

---

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number

26762411193

Year, Month, Day 2020-07-17   Post Office 622231   Amount $1,000.00   Clerk 10

---

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number

26762411204

Year, Month, Day 2020-07-17   Post Office 622231   Amount $1,000.00   Clerk 10

---

**UNITED STATES POSTAL SERVICE ®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION
**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number

26762411215

Year, Month, Day 2020-07-17   Post Office 622231   Amount $1,000.00   Clerk 10



**UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26762411226

| Year, Month, Day | Post Office | Amount | | Clerk |
|---|---|---|---|---|
| 2020-07-17 | 622231 | $1,000.00 | | 10 |

---

**UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26762411237

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-07-17 | 622231 | $150.00 | 10 |

Discover Card CK
Deposit



**Commerce Bank**

**Belleville West**
5701 West Main St
Belleville, IL 62226

Date:            Effective Date:            Time:
7/16/2020      7/16/2020                  11:42

**DEPOSITS**
DDA ***0405                               $6,200.00

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

**************************************
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

***********************************
Banker:                          83078
Branch:                          5887
Region:                          110
CD:                              8764
Seq:                             14
***********************************
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

**CUSTOMER COPY**

---

**Commerce Bank**

**Belleville West**
5701 West Main St
Belleville, IL 62226

Date:            Effective Date:            Time:
7/17/2020      7/17/2020                  16:34

**WITHDRAWALS**
DDA ***0405                               $5,000.00
AVAILABLE BALANCE                         $1,663.79

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

***********************************
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

***********************************
Banker:                          83078
Branch:                          5887
Region:                          110
CD:                              8764
Seq:                             73
***********************************
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

**CUSTOMER COPY**



```
                DUTCH HOLLOW
           5731 MOUNT PLEASANT LN
          BELLEVILLE, IL 62223-9998
                 160619-0523
                (800)275-8777
             07/17/2020 05:31 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Exp 1-Day | 1 | $30.70 | $30.70 |
| Domestic | | | |
| AUSTIN, TX  78746 | | | |
| Weight:0 Lb 0.90 Oz | | | |
| Signature Waiver | | | |
| Scheduled Delivery Day | | | |
| Saturday 07/18/2020 03:00 PM | | | |
| Money Back Guarantee | | | |
| USPS Tracking # | | | |
| EJ372756058US | | | |
| PM Exp Insurance | | | $0.00 |
| Up to $100.00 included | | | |

| Total: | | | $30.70 |
|---|---|---|---|

```
Debit Card Remit'd                   $30.70
   Card Name:VISA
   Account #:XXXXXXXXXXXX8255
   Approval #
   Transaction #:163
   Receipt #:029678
   Debit Card Purchase:$30.70
   Cash Back:$0.00
   AID:A0000000980840          Chip
   AL:US DEBIT
   PIN:Verified
```

```
****************************************
    Due to limited transportation
     availability as a result of
      nationwide COVID-19 impacts
     package delivery times may be
   extended. Priority Mail Express®
        service will not change.
****************************************
```

Includes up to $100 insurance

```
                DUTCH HOLLOW
           5731 MOUNT PLEASANT LN
          BELLEVILLE, IL 62223-9998
                 160619-0523
                (800)275-8777
             07/17/2020 05:00 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411171 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411182 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411193 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411204 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411215 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26762411226 | | | |
| Dom M.O. Fee | | | $1.75 |
| Dom M.O. - Value | | | $150.00 |
| Serial#:26762411237 | | | |
| Dom M.O. Fee | | | $1.25 |

| Total: | | | $6,161.75 |
|---|---|---|---|

```
Cash                              $5,000.00
Debit Card Remit'd                $1,161.75
   Card Name:VISA
   Account #:XXXXXXXXXXXX8255
   Approval #
   Transaction #:065
   Receipt #:028619
   Debit Card Purchase:$1,161.75
   Cash Back:$0.00
```



Donald E Merritt
2 Crestwood CT
Belleville IL 62226

BM
3801 N CapITal of TEXAS HWY
Suite E 240 #112
Austin TX 78746

EJ 372 756 058 US



MI Chong Merritt
or Donald E Merritt
4209 Hazel Run Rd
Bonne Terre MO 63628-3451

**NN0008696

# Bank Statement

**Primary Account Number:** XXXXX0405

*If you have questions about your statement,*
*please call us at 800-453-BANK.*

**Statement Date:** August 13, 2020
**Page Number:** 1 of 5

## FOR YOUR INFORMATION

If your finances have been impacted by the coronavirus (COVID-19), we're here for you. Please call us at 833-518-3458 to discuss your current situation and challenges.

## CommerceInterest CHECKING Account # XXXXX0405

### Account Summary Account # XXXXX0405

| | |
|---|---:|
| Beginning Balance on July 13, 2020 | $ 1,145.55 |
| Deposits & Other Credits | + 15,187.25 |
| ATM Withdrawals & Debits | - 7,007.75 |
| Debit Card Purchases & Debits | - 816.09 |
| Withdrawals & Other Debits | - 2,927.34 |
| Checks Paid | - 5,260.40 |

Ending Balance on August 13, 2020     **$ 321.22**

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

### Interest Summary Account # XXXXX0405

| | |
|---|---:|
| Interest Paid This Statement Period | 0.01 |
| 2020 Interest Paid Year-to-date | 0.05 |
| Average Collected Balance | 1,526.31 |
| Interest Accrued | 0.01 |
| Annual Percentage Yield Earned | 0.01% |
| Statement Days | 31 |

### Deposits & Other Credits Account # XXXXX0405

| Description | | | Date Credited | Amount |
|---|---|---|---|---|
| Deposit | Ref Nbr: | 655887954709 | 07-16 | 6,200.00 |



| ONLINE | PHONE | PAYMENTS | Page 3 of 4 |
|---|---|---|---|
| Discover.com or download our app | 1-800-347-2683 TDD 1-800-347-7449 | Discover PO Box 6103 Carol Stream IL 60197-6103 | DISCOVER IT® CARD ENDING IN 0060 OPEN TO CLOSE DATE: 07/18/2020 · 08/17/2020 |

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | | AMOUNT |
|---|---|---|---|
| 08/06 | PHONE PAYMENT - THANK YOU | | -$110.00 |

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 07/17 | BALANCE TRANSFER CHECK 0682 USA APR 6.99% EXPIRES 11/2021 | Balance Transfers | $6,200.00 |
| 08/13 | OTL*SCORESENSE.COM 800-679-6327 TX 7ZULHRVMOWXKWAX8M2GT | Merchandise | $1.00 |
| 08/15 | WAL-MART SC - #0095 DESLOGE MO | Merchandise | $85.71 |
| 08/15 | DAIRY QUEEN #41805 BONNE TERRE MO | Restaurants | $26.70 |
| 08/15 | WHITE CASTLE 110042 FESTUS MO | Restaurants | $31.68 |

## Fees and Interest Charged

| TOTAL FEES FOR THIS PERIOD | $0.00 |
|---|---|

| INTEREST CHARGED FOR THIS PERIOD | AMOUNT |
|---|---|
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $44.68 |
| TOTAL INTEREST FOR THIS PERIOD | $44.68 |

| 2020 TOTALS YEAR-TO-DATE CHARGED | AMOUNT |
|---|---|
| TOTAL FEES CHARGED IN 2020 | $15.00 |
| TOTAL INTEREST CHARGED IN 2020 | $96.34 |

## Cashback Bonus® Rewards

| PREVIOUS BALANCE | $30.55 |
|---|---|
| EARNED THIS PERIOD | |
| 1% Cashback Bonus | +$1.46 |
| REDEEMED THIS PERIOD | -$0.00 |
| CASHBACK BONUS BALANCE | $32.01 |

### 5% Cashback Bonus®

**JUL-SEP** — Activate at discover.com/5

**Restaurants, PayPal**

Earn up to $75 in 5% cash back each quarter. Plus earn 1% cash back on all other purchases.

For details, see Information For You section.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**CURRENT BILLING PERIOD:** 31 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 14.24% V | N/A | $0.00 | $0.00 |
| Promotional Purchases | | | | |
| Ret 0.0% for 12 mnths | 0.00% | 01/17/21 | $2,539.55 | $0.00 |
| Cash Advances | 23.99% | N/A | $0.00 | $0.00 |
| Balance Transfers | 5.99% | 08/17/21 | $432.74 | $2.20 |
| Balance Transfers | 0.00% | 03/17/21 | $515.00 | $0.00 |
| Balance Transfers | 4.99% | 07/17/21 | $1,322.19 | $5.60 |
| Balance Transfers | 6.99% | 11/17/21 | $6,212.80 | $36.88 |

**V = VARIABLE RATE**

* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.

** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.

*** For more information, please call us at 1-800-347-2683.

Continued on next page

# #2

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26914250351

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-08-15 | 622231 | $1,000.00 | 15 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26914250362

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-08-15 | 622231 | $1,000.00 | 15 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26914250373

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-08-15 | 622231 | $1,000.00 | 15 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number

26914250384

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-08-15 | 622231 | $1,000.00 | 15 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number
26914250395

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-08-15 | 622231 | $1,000.00 | 15 |

08/14/2020                          7434                    $5,000.00

DONALD  MERRITT

7434-004696-12 DONALD MERRITT

 **Commerce Bank**

Belleville West
5701 West Main St
Belleville, IL 62226

Date:        Effective Date.         Time:
8/14/2020    8/14/2020               13.51

DEPOSITS
DDA ***0405                   $5,000.00

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

***********************************
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

***********************************
Banker:                    72059
Branch:                    5887
Region:                     110
CD:                        8760
Seq:                        18
***********************************
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted

**CUSTOMER COPY**



**UNITED STATES POSTAL SERVICE.**

DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777

08/15/2020                              10:17 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Exp 2-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| Austin, TX  78746 | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Day | | | |
| Monday 08/17/2020 03:00 PM | | | |
| Money Back Guarantee | | | |
| USPS Tracking # | | | |
| EJ328885150US | | | |
| PM Exp Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $26.35 |

Grand Total:                              $26.35

Cash                                      $40.00
Change                                   ($13.65)

*******************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
*******************************************

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing



**UNITED STATES POSTAL SERVICE.**

DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777

08/15/2020                              10:07 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26914250351 | | | |
| Dom M.O. Fee | | | $1.75 |
| Total | | | $1,001.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26914250362 | | | |
| Dom M.O. Fee | | | $1.75 |
| Total | | | $1,001.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26914250373 | | | |
| Dom M.O. Fee | | | $1.75 |
| Total | | | $1,001.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26914250384 | | | |
| Dom M.O. Fee | | | $1.75 |
| Total | | | $1,001.75 |
| Dom M.O. - Value | | | $1,000.00 |
| Serial#:26914250395 | | | |
| Dom M.O. Fee | | | $1.75 |
| Total | | | $1,001.75 |

Grand Total:                            $5,008.75

Debit Card Remit'd                      $5,000.00
Card Name:VISA
Account #:XXXXXXXXXXXX8255
Approval #
Transaction #:658
Receipt #:030197
Debit Card Purchase:$5,000.00
Cash Back:$0.00
AID:A0000000980840          Chip
AL:US DEBIT
PIN:Verified
Cash                                      $50.00

Donald E Merritt
2 Crestwood CT
Belleville IL
           62226

BM
3801 N CAPITAL OF TEXAS Hwy
Suite E 240 #112
Austin TX 78746

#3


**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | **KEEP THIS RECEIPT FOR YOUR RECORDS** |
|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | |

Serial Number

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-09-16 | 622231 | $1,000.00 | 15 |

2691425078**88**

---

**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | **KEEP THIS RECEIPT FOR YOUR RECORDS** |
|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | |

Serial Number

Year, Month, Day 2020-09-16  Post Office 622231  Amount $1,000.00  Clerk 15

26914250790

---

**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | **KEEP THIS RECEIPT FOR YOUR RECORDS** |
|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | |

Serial Number

Year, Month, Day 2020-09-16  Post Office 622231  Amount $1,000.00  Clerk 15

26914250801

---


**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | **KEEP THIS RECEIPT FOR YOUR RECORDS** |
|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | |

Serial Number

Year, Month, Day 2020-09-16  Post Office 622231  Amount $500.00  Clerk 15

26914250812

#3

Eagle Coin, Stamp & Jewelry Company

P.O. Box 1324
O'Fallon, IL 62269

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 10/15/2020 | 15262 |

| Vendor |
|--------|
| Merritt Donald |
| 2 CresTwood CT |
| Belleville IL 62226 |

| Ship To · |
|-----------|
| Eagle Coin, Stamp & Jewelry Company |
| P.O. Box 1324 |
| O'Fallon, IL 62269 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Coins | 1932-d,s 1934 Wash .25 | | 140.00 | 140.00 |
| Coins | 90% | 24.5 | 18.00 | 441.00 |
| Coins | 90% | 2.25 | 10.00 | 22.50 |
| Coins | 90% | 5.6 | 18.00 | 100.80 |
| Coins | 90% | 1.75 | 18.00 | 31.50 |
| Coins | 1949-S dIME | 1 | 4.20 | 4.20 |
| Coins | Mercs | 113 | 1.80 | 203.40 |
| Coins | 90% halves | 4 | 4.50 | 18.00 |
| Coins | 3 cent pcs | 5 | 15.00 | 75.00 |
| Coins | Type | 10 | 38.50 | 385.00 |
| Coins | Type | 6 | 52.00 | 312.00 |
| Coins | Type | 10 | 27.50 | 275.00 |

| **Total** | $2,008.40 |
|-----------|-----------|

#3

## CRESTWOOD COIN & JEWELERS
10021 Watson Road
ST. LOUIS, MISSOURI 63126
(314) 821-7878
www.crestwoodcoin.com

| CUSTOMER'S ORDER NO. | PHONE | | DATE 9/16/20 |
|---|---|---|---|
| NAME | DON Merritt | | |
| ADDRESS | 2 CRESTWOOD | Belleville 62226 | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | U.S COIN - | | 1332 60 |
| | RK# 45064 | | |
| | | | |

NO CASH REFUNDS AFTER 3 DAYS
NO REFUNDS OR EXCHANGES ON LAYAWAYS
NOT RESPONSIBLE FOR GOODS LEFT OVER 30 DAYS

| | TAX | |
|---|---|---|
| RECEIVED BY | TOTAL | |

C   PRODUCT 610   All claims and returned goods must be accompanied by this bill.

226897

*Thank You*

#3

## CRESTWOOD COIN & JEWELERS
10021 Watson Road
ST. LOUIS, MISSOURI 63126
(314) 821-7878
www.crestwoodcoin.com

| CUSTOMER'S ORDER NO. | PHONE 618-604-9206 | DATE 9 / 14 / 20 |
|---|---|---|

NAME Donald G Merritt
ADDRESS 2 CrestWood CT
62226

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | coins | | 254 00 |

NO CASH REFUNDS AFTER 3 DAYS
NO REFUNDS OR EXCHANGES ON LAYAWAYS
NOT RESPONSIBLE FOR GOODS LEFT OVER 30 DAYS   **TAX**

RECEIVED BY   Donald C Merritt   **TOTAL**

C   PRODUCT 610   All claims and returned goods must be accompanied by this bill.

Thank You

224966

#3
8255

# Commerce Bank

Belleville West
5701 West Main St
Belleville, IL 62226

Date:        Effective Date:      Time
9/16/2020    9/16/2020            15:53

DEPOSITS
DDA ***0405                       $3,594.60

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

## UNITED STATES POSTAL SERVICE.
DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777
09/16/2020                        05:06 PM

Product           Qty   Unit    Price
                        Price
PM Express 1-Day   1            $26.35
Flat Rate Env
  Austin, TX  78746
  Flat Rate
  Signature Waiver
  Scheduled Delivery Date
  Thursday 09/17/2020 03:00 PM
  Money Back Guarantee
  Tracking #:
  EJ328886685US
nsurance                          $0.00
  Up to $100.00 included
tal                              $26.35

ind Total:                       $26.35

t Card Remit'd                   $26.35
Card Name: VISA
Account #: XXXXXXXXXXXX8255
Approval #

## UNITED STATES POSTAL SERVICE.
DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777
09/16/2020                        04:39 PM

Product          Qty   Unit    Price
                       Price
Dom M.O. - Value               $1,000.00
  Serial#:26914250788
Dom M.O. Fee                       $1.75
Total                          $1,001.75

Dom M.O. - Value               $1,000.00
  Serial#:26914250790
Dom M.O. Fee                       $1.75
Total                          $1,001.75

Dom M.O. - Value               $1,000.00
  Serial#:26914250801
Dom M.O. Fee                       $1.75
Total                          $1,001.75

Dom M.O. - Value                 $500.00
  Serial#:26914250812
Dom M.O. Fee                       $1.25
Total                            $501.25

Grand Total:                   $3,506.50

Donald E Merritt
2 Crestwood CT
Belleville IL 62226

BM
3801 N Capital of Texas Hwy
Suite E 240 # 112
Austin TX 78746

EJ 328 886 685 US



# CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION NOT NEGOTIABLE | Pay to | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- |
| | Address | |

Serial Number 26914271332

Year, Month, Day 2020-10-02    Post Office 622231    Amount $1,000.00    Clerk

---

# CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION NOT NEGOTIABLE | Pay to | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- |
| | Address | |

Serial Number 26914271343

Year, Month, Day 2020-10-02    Post Office 622231    Amount $200.00    Clerk

---

**UNITED STATES POSTAL SERVICE.**

DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777

10/02/2020                04:14 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| PM Express 2-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| ← Austin, TX 78746 → | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Mon 10/05/2020 03:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| ← EJ328886209US → | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $26.35 |

Grand Total:                $26.35

Debit Card Remitted          $26.35
  Card Name: VISA
  Account #: XXXXXXXXXXXX8255
  Approval #
  Transaction #: 072
  Receipt #: 029686
  Debit Card Purchase: $26.35
  AID: A0000000980840      Chip
  AL: US DEBIT
  PIN: Verified

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®

---



**UNITED STATES POSTAL SERVICE.**

DUTCH HOLLOW
5731 MOUNT PLEASANT LN
BELLEVILLE, IL 62223-9998
(800)275-8777

10/02/2020                03:57 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Money Order | | | $1,000.00 |
|   Serial#: 26914271332 | | | |
|   Money Order Fee | | | $1.75 |
| Total | | | $1,001.75 |
| Money Order | | | $200.00 |
|   Serial#: 26914271343 | | | |
|   Money Order Fee | | | $1.25 |
| Total | | | $201.25 |

Grand Total:                $1,203.00

Debit Card Remitted          $1,203.00
  Card Name: VISA
  Account #: XXXXXXXXXXXX8255
  Approval #
  Transaction #: 069
  Receipt #: 029683
  Debit Card Purchase: $1,203.00
  AID: A0000000980840      Chip
  AL: US DEBIT
  PIN: Verified



Sept/Oct

#4

339

MI Chong Merritt
or Donald E Merritt
4209 Hazel Run Rd
Bonne Terre MO 63628-3451

# Bank Statement

| | | |
|---|---|---|
| | **Primary Account Number:** | **345230405** |
| *If you have questions about your statement,* | **Statement Date:** | October 13, 2020 |
| *please call us at 800-453-BANK.* | **Page Number:** | 1 of 6 |

## FOR YOUR INFORMATION

If your finances have been impacted by the coronavirus (COVID-19), we're here for you. Please call us at 833-518-3458 to discuss your current situation and challenges.

## CommerceInterest CHECKING  Account # 345230405

### Account Summary  Account # 345230405

| | |
|---|---|
| Beginning Balance on September 11, 2020 | $ 1,088.43 |
| Deposits & Other Credits | + 14,845.25 |
| ATM Withdrawals & Debits | - 6,885.70 |
| Debit Card Purchases & Debits | - 1,342.78 |
| Withdrawals & Other Debits | - 2,635.42 |
| Checks Paid | - 249.64 |
| **Ending Balance on October 13, 2020** | **$ 4,820.14** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

### Interest Summary  Account # 345230405

| | |
|---|---|
| Interest Paid This Statement Period | 0.01 |
| 2020 Interest Paid Year-to-date | 0.07 |
| Average Collected Balance | 1,613.85 |
| Interest Accrued | 0.01 |
| Annual Percentage Yield Earned | 0.01% |
| Statement Days | 32 |

### Deposits & Other Credits  Account # 345230405

| Description | | | Date Credited | Amount |
|---|---|---|---|---|
| Deposit | Ref Nbr: | 655887773435 | 09-16 | 3,594.60 |
| Deposit | Ref Nbr: | 665887095709 | 09-22 | 1,060.62 |



#  Commerce Bank

Belleville West
5701 West Main St
Belleville, IL 62226

| Date: | Effective Date: | Time: |
|-------|-----------------|-------|
| 9/22/2020 | 9/22/2020 | 13:39 |

DEPOSITS
DDA **0405                $1,060.62
AVAILABLE BALANCE         $1,148.54

All transactions are contingent upon
verification & final pymt. All trans.
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

************************************
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

| Banker: | 86304 |
|---------|-------|
| Branch: | 5887 |
| Region: | 110 |
| CD: | 8761 |
| Seq: | 42 |

**********************************
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

CUSTOMER COPY



Donald E Merritt
2 Crestwood CT
Belleville IL 62226

BM
3801 N Capital of Texas Hwy
Suite E 240 #112
Austin TX 78746

US 209 886 328 EJ

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 | Mortgage Interest Statement |
|---|---|---|---|

QUICKEN LOANS LLC.
1050 WOODWARD AVENUE
DETROIT, MI 48226
800-508-0944

**2020**

Form **1098**

| 1 Mortgage interest received from payer(s)/borrower(s)* | |
|---|---|
| $ 4,911.35 | |

Copy B
For Payer/
Borrower

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

5-810-79842-0036789-003-1-100-000-000-000

DONALD E MERRITT
2 CRESTWOOD CT
BELLEVILLE IL 62226-5061

| 2 Outstanding mortgage principal | 3 Mortgage origination date |
|---|---|
| $ 110,214.95 | 05/26/2015 |
| 4 Refund of overpaid interest | 6 Mortgage insurance premiums |
| $ 0.00 | $ 0.00 |

| 6 Points paid on purchase of principal residence | 7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | X |
|---|---|---|
| $ 0.00 | | |

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| 8 Address or description of property securing mortgage (see instructions) | |
|---|---|

| 9 Number of properties securing the mortgage | 10 Other |
|---|---|
| 1 | |

| 11 Mortgage acquisition date | Account number (see instructions) |
|---|---|
| | 3340346179 |

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN |
|---|---|
| 38-2603955 | XXX-XX-2996 |

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

| Loan Activity | 2020 |
|---|---|
| Interest On Escrow | $0.00 |
| Current Total Payment | $872.44 |
| Current Escrow Payment | $266.31 |

| Principal Activity | 2020 |
|---|---|
| Beginning Balance | $110,214.95 |
| Payments Applied | $2,362.21 |
| Remaining Balance | $107,852.74 |

| Escrow Activity | 2020 |
|---|---|
| Beginning Escrow Balance | $1,108.81 |
| Total Deposits | $4,479.12 |
| Total Disbursements | $4,256.36 |
| Closing Escrow Balance | $1,331.57 |

| Disbursement Activity | 2020 |
|---|---|
| FHA/Conv Mtg Ins | $0.00 |
| Hazard Insurance | $836.08 |
| Property Taxes | $2,359.66 |
| Escrow Refund | $1,060.62 |

| Loan Type: | Conventional |
|---|---|

| Total Interest applied in 2020 | $4,911.35 |
|---|---|
| 2020 Net Interest payments reported to IRS****** | $4,911.35 |

This information is being provided to you as required by the IRS. Please consult your tax advisor if you have questions regarding this 1098.

Commerce Bank

#5

Oct / Nov

MI Chong Merritt
or Donald E Merritt
4209 Hazel Run Rd
Bonne Terre MO 63628-3451

**NN0018039

# Bank Statement

| | | |
|---|---|---|
| | **Primary Account Number:** | **XXXXX0405** |
| *If you have questions about your statement, please call us at 800-453-BANK.* | **Statement Date:** | November 13, 2020 |
| | **Page Number:** | 1 of 5 |

## FOR YOUR INFORMATION

If your finances have been impacted by the coronavirus (COVID-19), we're here for you. Please call us at 833-518-3458 to discuss your current situation and challenges.

## CommerceInterest CHECKING   Account # XXXXX0405

### Account Summary   Account # XXXXX0405

| | |
|---|---|
| Beginning Balance on October 13, 2020 | $ 4,820.14 |
| Deposits & Other Credits | + 36,834.89 |
| ATM Withdrawals & Debits | - 7,730.80 |
| Debit Card Purchases & Debits | - 1,184.88 |
| Withdrawals & Other Debits | - 3,791.90 |
| Checks Paid | - 28,660.04 |
| Ending Balance on November 13, 2020 | $ 287.41 |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

### Interest Summary   Account # XXXXX0405

| | |
|---|---|
| Interest Paid This Statement Period | 0.01 |
| 2020 Interest Paid Year-to-date | 0.08 |
| Average Collected Balance | 1,741.74 |
| Interest Accrued | 0.01 |
| Annual Percentage Yield Earned | 0.01% |
| Statement Days | 31 |

### Deposits & Other Credits   Account # XXXXX0405

| Description | | Date Credited | Amount |
|---|---|---|---|
| Wire Fed #01140 CB Seq 004723 | Anthony L Beaman | 10-15 | 30,000.00 |
| Deposit | Ref Nbr:   655887964936 | 10-15 | 200.00 |

37003100-018039-0001-0003-0

 **Commerce Bank**

Belleville West
5701 West Main St
Belleville, IL 62226

Date:      Effective Date:      Time:
10/16/2020 10/16/2020        10:16

**WITHDRAWALS**
DDA ***0405                    $28,508.00

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

**Thank you for banking with Commerce!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| Banker:  | 85790 |
| Branch:  | 5887  |
| Region:  | 110   |
| CD:      | 8766  |
| Seq:     | 37    |
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted

**CUSTOMER COPY**

 **Commerce Bank**

Belleville West
5701 West Main St
Belleville, IL 62226

Date:      Effective Date:      Time:
10/16/2020 10/16/2020        10:17

**CASHIER'S CHECK**
Cashier's Check                $28,500.00

**FEES**
Cashier's Check                $8.00

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

**Thank you for banking with Commerce!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| Banker:  | 85790 |
| Branch:  | 5887  |
| Region:  | 110   |
| CD:      | 8766  |
| Seq:     | 38    |
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

**CUSTOMER COPY**

 **Commerce Bank**

Belleville West
5701 West Main St
Belleville, IL 62226

Date:          Effective Date:          Time
11/20/2020 11/20/2020                   11 57

**WITHDRAWALS**
DDA ***0405                    $25,024 00
AVAILABLE BALANCE              $3,485 82

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations

Thank you for banking with Commerce!

***************************************

Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

***************************************
Banker:                        81906
Branch                         5887
Region:                        110
CD:                            8763
Seq:                           51
***************************************

We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

**CUSTOMER COPY**

 **Commerce Bank**

Belleville West
5701 West Main St
Belleville, IL 62226

Date:          Effective Date:          Time
11/20/2020 11/20/2020                   11:58

**CASHIER'S CHECK**
Cashier's Check                $25,000.00

**FEES**
Cashier's Check                $24 00

All transactions are contingent upon
verification & final pymt. All trans
are subject to all applicable agree-
ments, rules, laws and regulations.

Thank you for banking with Commerce!

***************************************

Refer a friend and you can
earn a $50 Visa Rewards Card!
Details at referlive.com/commercebank

***************************************
Banker:                        81906
Branch:                        5887
Region:                        110
CD:                            8763
Seq:                           52
***************************************

We love taking care of your banking!
Visit us at commercebank.com
www.commercebank.com
Challenge Accepted.

**CUSTOMER COPY**

 **Commerce Bank** Member FDIC

**0588736181**

**REMITTER:** MERRITT, DONALD E
**DATE:** 10 - 16 - 2020
**PAYEE:** BLACKSMITH CORP

$ 28,500.00

Twenty Eight Thousand Five Hundred  Dollars and 00/100

For Commerce Bank Customer Service call 1-866-720-7038

**NON-NEGOTIABLE**
**CASHIER'S CHECK-CUSTOMER COPY**

HARLAND CLARKE  M18147   00110574

---

 **Commerce Bank** Member FDIC

**0588736252**

**REMITTER:** MERRITT, DONALD E
**DATE:** 11 - 20 - 2020
**PAYEE:** COPART

$ 10,000.00

Ten Thousand  Dollars and 00/100

For Commerce Bank Customer Service call 1-866-720-7038

**NON-NEGOTIABLE**
**CASHIER'S CHECK-CUSTOMER COPY**

HARLAND CLARKE  M18147   00110574

 **Commerce Bank** Member FDIC

**0588736253**

REMITTER: MERRITT, DONALD E
DATE: 11 - 20 - 2020
PAYEE: COPART

$ 10,000.00

Ten Thousand Dollars and 00/100

For Commerce Bank Customer Service call 1-866-720-7038

**NON-NEGOTIABLE**
**CASHIER'S CHECK-CUSTOMER COPY**

HARLAND CLARKE M18147 00110574

 **Commerce Bank** Member FDIC

**0588736254**

REMITTER: MERRITT, DONALD E
DATE: 11 - 20 - 2020
PAYEE: COPART

$ 5,000.00

Five Thousand Dollars and 00/100

For Commerce Bank Customer Service call 1-866-720-7038

**NON-NEGOTIABLE**
**CASHIER'S CHECK-CUSTOMER COPY**

HARLAND CLARKE M18147 00110574

# BANK OF AMERICA

Thank you for banking with us today.

**Here are the details of your Check Deposit transaction on 10/16/2020**

| | |
|---|---|
| Account: | BUSINESS ADVANTAGE CHK DDA 9751 |
| Total check amount: | $28,500.00 |
| Transaction amount: | $28,500.00 |
| Transaction posts on: | 10/16/2020 |

| | |
|---|---|
| Check Included: | $28,500.00 |
| Number of checks: | 1 |

| | |
|---|---|
| Location: | 1911 Carlyle Ave |
| | Belleville, IL  62221-4573 |

| | |
|---|---|
| Associate: | 885 0001884 700 003 |

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

**Visit bankofamerica.com to learn more about how you can receive money fast through electronic payment methods like direct deposit, Zelle®, ACH and wires.**

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

Bank of America: Proprietary, Confidential, Copyright 2020.  Bank of America Work Product



**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | | | | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|---|---|
| | Address | | | | |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 26380385785 | 2020-11-10 | 636400 | $1,000.00 | 15 |

---

**UNITED STATES POSTAL SERVICE®**

FARMINGTON
102 E COLUMBIA ST
FARMINGTON, MO 63640-9998
(800)275-8777

11/10/2020                                09:46 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 2-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| — Austin, TX  78746 — | | | |
| Flat Rate | | | |
| Signature Waiver | | | |
| Scheduled Delivery Date | | | |
| Thu 11/12/2020 03:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| — EJ306038285US — | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $26.35 |

Grand Total:                              $26.35

Debit Card Remitted                       $26.35
  Card Name: VISA
  Account #: XXXXXXXXXXXX8255
  Approval #
  Transaction #: 769
  Receipt #: 030038
  Debit Card Purchase: $26.35
  AID: A0000000980840        Chip
  AL: US DEBIT
  PIN: Verified

******************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts

---

**UNITED STATES POSTAL SERVICE®**

FARMINGTON
102 E COLUMBIA ST
FARMINGTON, MO 63640-9998
(800)275-8777

11/10/2020                                09:37 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order | | | $1,000.00 |
|   Serial#: 26380385785 | | | |
| Money Order Fee | | | $1.75 |
| Total | | | $1,001.75 |

Grand Total:                            $1,001.75

Debit Card Remitted                     $1,001.75
  Card Name: VISA



Donald E MerriTT

2 CresTwood CT

Belleville IL 62226

BM
3801 N CapiTal of Texas Hwy
Suite E 240  #112
Austin TX 78746

EJ 306 038 285 US

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**RECEIVED**

FEB 2 3 2022

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

===

UNITED STATES POSTAL SERVICE®

PRIORITY
MAIL
EXPRESS®

EJ 966 793 396 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)          PHONE (   )

Donald C. Merritt
Crestwood CT
Belleville IL 6 2226

**PAYMENT BY ACCOUNT (if applicable)**

TO: (PLEASE PRINT)          PHONE (   )

Clerk of the Court
Sandra Day O'Corner
U.S. Courthouse
401 W. Washington ST
Phoenix AZ

ZIP+4® (U.S. ADDRESSES ONLY)

8 5 0 0 3

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

62223      2/23         $ 2  6.95

2/22

5:00

$ 26.95

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021

===

UNITED STATES
POSTAL SERVICE.