# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Brannen Sage Mehaffey,<br><br>　　　　Defendant. | No. CR-20-00626-001-PHX-DWL<br><br>**ORDER**<br><br>**(Second Request)** |

　　　Upon Motion of Defendant, there being no objection, and good cause appearing,

　　　IT IS ORDERED granting Defendant's Motion (Doc. 90).

　　　IT IS FURTHER ORDERED continuing Sentencing from April 12, 2022, to **June 14, 2022, at 10:15 a.m.**

　　　Dated this 2nd day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dominic W. Lanza
　　　　　　　　　　　　　　　　　　　　　　United States District Judge