# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

The Court is in receipt of an Ancillary Petition Claiming Interest in Forfeited Property filed by Donald E. Merritt on February 23, 2022 (Doc. 89). As of this date Government's counsel has failed to file a response.

IT IS ORDERED directing Government's counsel to file a response to the petition no later than **5:00 p.m., March 17, 2022.**

Dated this 15th day of March, 2022.

Dominic W. Lanza
United States District Judge