GARY M. RESTAINO
United States Attorney
District of Arizona
CAITLIN NOEL
Assistant U.S. Attorney
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Caitlin.Noel@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00626-PHX-DWL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE REGARDING DEFENDANT'S RIGHT TO FILE A COMPASSIONATE RELEASE MOTION UNDER 18 U.S.C. § 3582(C)(1)(A)** |
| Brannen Mehaffey, | |
| Defendant. | |

The United States hereby respectfully provides notice that, in response to Department of Justice guidance subsequent to the change of plea hearing in this case, the United States avows that it will not apply the Waiver of Defenses and Appeal Rights in the Plea Agreement to bar the defendant's right to file a compassionate release motion under 18 U.S.C. § 3582(c)(1)(A) or to appeal the denial of such a motion. The Plea Agreement is not affected by this notice in any other way.

RESPECTFULLY SUBMITTED this 15th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s Caitlin Noel*
CAITLIN NOEL
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Arnold Spencer, Esq.
Attorney for Defendant


/s      Lydia Elias
U.S. Attorney's Office