GARY M. RESTAINO
United States Attorney
District of Arizona

JENNIFER F. LEVINSON
Arizona State Bar Number 020551
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
jennifer.levinson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Brannen Sage Mehaffey, <br> Defendant. | CR-20-00626-PHX-DWL <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL REGARDING FORFEITURE** |

NOTICE is hereby given, pursuant to Local Rule 83.3(a) of the Rules of Practice for the United States District Court for the District of Arizona, that Assistant United States Attorney Jennifer F. Levinson is substituted in place of Assistant United States Attorney Mark J. Wenker as attorney of the United States regarding Forfeiture.

Respectfully submitted this 23rd day of June 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Jennifer F. Levinson*
JENNIFER F. LEVINSON
Assistant United States Attorney

## CERTIFICATION

I certify that on June 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.

By: *S/Ray Southwick*
     U.S. Attorney's Office