GARY M. RESTAINO
United States Attorney
District of Arizona

JENNIFER F. LEVINSON
Arizona State Bar Number 020551
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
jennifer.levinson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 20-00626-PHX-DWL |
|---|---|
| Plaintiff, | |
| v. | **Notice of Service by Mail and Publication** |
| Brannen Sage Mehaffey, | |
| Defendant. | |

Pursuant to the provisions of Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims ("Fed. R. Civ. P. Supp.") G(4), Fed. R. Crim. P. 32.2(b)(6), and 21 U.S.C. § 853(n)(1), attached is Declaration of Publication affirming that Plaintiff United States of America posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning December 29, 2021 and ending January 27, 2022.

Moreover, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Fed. R. Civ. P. Supp. G(4), on January 28, 2022, a notice of forfeiture containing the preliminary order of forfeiture (Doc. 88) was served via United States Postal Service First-Class Mail and Certified United States Mail upon the following individuals/entities:

- Mike Garza, 638 Rowe Street, Rockport, TX 78382;

- Maria Gomez-Olivas, 4433 Shoen Avenue, Las Vegas, NV 89110;

- Patrick Howdeshell, 8802 Ampezo Trail, Austin, TX 78749;

- Donald Merritt, 2 Crestwood Ct., Belleville, IL 62226; and

- Kathie Wimsatt, 1118 Lancaseter Dr, NE Salem, OR 97301.

And, on March 21, 2022, a notice of forfeiture containing the preliminary order of forfeiture (Doc. 88) was served via United States Postal Service First-Class Mail and Certified United States Mail upon the following individual/entity:

- Kathie Wimsatt, 1118 Lancaseter Dr, NE Salem, OR 97301.

And, lastly, on May 20, 2022, a notice of forfeiture containing the preliminary order of forfeiture (Doc. 88) was served via United States Postal Service First-Class Mail and Certified United States Mail upon the following individuals/entities:

- Patrick Howdeshell, 8802 Ampezo Trail, Austin, TX 78749; and

- Patrick Howdeshell, 7503 Davy Dr., Volente, TX 78641-9154.

Attached are copies of all materials sent from and/or received by the United States Attorney's Office during the course of such service. All names and addresses reflect the most up-to-date contact information on all potential claimants as identified and made available to the United States Attorney's Office by law enforcement.

DATED this 23rd day of June, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Jennifer F. Levinson*
JENNIFER F. LEVINSON
Assistant United States Attorney

**CERTIFICATION**

I certify that on June 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.

By: *S/ Ray Southwick*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 20CR00626PHXDWL |
| | ) | |
| Brannen Sage Mehaffey | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 29, 2021 and ending on January 27, 2022. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 23, 2022 at Phoenix, AZ.

/s/ Jennifer F. Levinson

Jennifer F. Levinson
AUSA

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: 20CR00626PHXDWL; NOTICE OF FORFEITURE

Notice is hereby given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number 20CR00626PHXDWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 29, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ  85003, and a copy served upon Assistant United States Attorney Mark Wenker, 40 North Central Avenue, Suite 1800, Phoenix, AZ  85004.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21

U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark Wenker, 40 North Central Avenue, Suite 1800, Phoenix, AZ  85004.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 29, 2021 and January 27, 2022.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Brannen Sage Mehaffey

**Court Case No:**       20CR00626PHXDWL
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/29/2021 | 23.9 | Verified |
| 2 | 12/30/2021 | 23.9 | Verified |
| 3 | 12/31/2021 | 23.9 | Verified |
| 4 | 01/01/2022 | 23.9 | Verified |
| 5 | 01/02/2022 | 23.9 | Verified |
| 6 | 01/03/2022 | 23.9 | Verified |
| 7 | 01/04/2022 | 23.9 | Verified |
| 8 | 01/05/2022 | 23.9 | Verified |
| 9 | 01/06/2022 | 23.9 | Verified |
| 10 | 01/07/2022 | 23.8 | Verified |
| 11 | 01/08/2022 | 23.9 | Verified |
| 12 | 01/09/2022 | 23.9 | Verified |
| 13 | 01/10/2022 | 23.9 | Verified |
| 14 | 01/11/2022 | 23.9 | Verified |
| 15 | 01/12/2022 | 23.9 | Verified |
| 16 | 01/13/2022 | 23.9 | Verified |
| 17 | 01/14/2022 | 24.0 | Verified |
| 18 | 01/15/2022 | 23.9 | Verified |
| 19 | 01/16/2022 | 23.9 | Verified |
| 20 | 01/17/2022 | 23.9 | Verified |
| 21 | 01/18/2022 | 23.9 | Verified |
| 22 | 01/19/2022 | 23.9 | Verified |
| 23 | 01/20/2022 | 23.9 | Verified |
| 24 | 01/21/2022 | 23.8 | Verified |
| 25 | 01/22/2022 | 23.9 | Verified |
| 26 | 01/23/2022 | 23.9 | Verified |
| 27 | 01/24/2022 | 23.9 | Verified |
| 28 | 01/25/2022 | 23.9 | Verified |
| 29 | 01/26/2022 | 23.9 | Verified |
| 30 | 01/27/2022 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*Mark.Wenker@usdoj.gov*

January 28, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Mike Garza
638 Rowe Street
Rockport, TX 78382

> Re:   *United States v. Brannen Sage Mehaffey*
>        CR-20-00626-PHX-DWL

Dear Mr. Garza:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

By:

MARK WENKER
Assistant United States Attorney

Encl.: Notice of Forfeiture
       Preliminary Order of Forfeiture

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE**

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (January 28, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200 1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

CERTIFIED MAIL

7017 0190 0000 4291 8197

Mike Garza
638 Rowe Street
Rockport, TX 78382

---

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200 1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

Mike Garza
638 Rowe Street
Rockport, TX 78382

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total P
$

Sent To

Mike Garza
638 Rowe Street
Rockport, TX 78382

Street i

City, St

MAILED
12-0-22

7017 0190 0000 4291 8197

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Garza
638 Rowe Street
Rockport, TX 78382

9590 9402 6099 0125 5407 51

2. Article Number (Transfer from service label)

7017 0190 0000 4291 8197

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Garza
   638 Rowe Street
   Rockport, TX 78382

9590 9402 6099 0125 5407 51

2. Article Number *(Transfer from service label)*

   7017 0190 0000 4291 8197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 01 2022
USPS

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ ... Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Rec...



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*Mark.Wenker@usdoj.gov*

January 28, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Maria Gomez-Olivas
4433 Shoen Avenue
Las Vegas, NV 89110

Re:     *United States v. Brannen Sage Mehaffey*
          CR-20-00626-PHX-DWL

Dear Ms. Gomez-Olivas:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

By:

MARK WENKER
Assistant United States Attorney

Encl.: Notice of Forfeiture
       Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (January 28, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
*District of Arizona*

*Two Renaissance Square*
*40 North Central, Suite 1200* 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
*District of Arizona*

*Two Renaissance Square*
*40 North Central, Suite 1200* 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

CERTIFIED MAIL

7017 0190 0000 4291 8210

Maria Gomez-Olivas
4433 Shoen Avenue
Las Vegas, NV 89110

Maria Gomez-Olivas
4433 Shoen Avenue
Las Vegas, NV 89110

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maria Gomez-Olivas
4433 Shoen Avenue
Las Vegas, NV 89110

9590 9402 6099 0125 5407 44

2. Article Number (Transfer from service label)

7017 0190 0000 4291 8210

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total P
$
Sent To
Street
City, St

7017 0190 0000 4291 8210

MAILED 1-28-22

Postmark
Here

Maria Gomez-Olivas
4433 Shoen Avenue
Las Vegas, NV 89110

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70170190000042918210

Remove ✕

Your item was delivered to an individual at the address at 2:17 pm on January 31, 2022 in LAS VEGAS, NV 89110.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

January 31, 2022 at 2:17 pm
LAS VEGAS, NV 89110

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                                    ⌄

---

**Tracking History**                                                                        ⌃

**January 31, 2022, 2:17 pm**
Delivered, Left with Individual
LAS VEGAS, NV 89110
Your item was delivered to an individual at the address at 2:17 pm on January 31, 2022 in LAS VEGAS, NV 89110.

---

**January 31, 2022, 7:14 am**
Out for Delivery
LAS VEGAS, NV 89115

---

January 31, 2022, 7:03 am
Arrived at Post Office
LAS VEGAS, NV 89115

January 31, 2022, 3:00 am
Departed USPS Regional Facility
LAS VEGAS NV DISTRIBUTION CENTER

January 29, 2022, 12:34 pm
Arrived at USPS Regional Facility
LAS VEGAS NV DISTRIBUTION CENTER

January 28, 2022, 10:21 pm
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

January 28, 2022, 7:18 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®**                                    ⌄

**Product Information**                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*Mark.Wenker@usdoj.gov*

January 28, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

Re:   *United States v. Brannen Sage Mehaffey*
       CR-20-00626-PHX-DWL

Dear Mr. Howdeshell:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

By:

MARK WENKER
Assistant United States Attorney

Encl.: Notice of Forfeiture
       Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (January 28, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. *Southwick*

**U.S. Department of Justice**

United States Attorney
*District of Arizona*

Two Renaissance Square
40 North Central, Suite ~~1200~~ 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

R. *Southwick*

**U.S. Department of Justice**

United States Attorney
*District of Arizona*

Two Renaissance Square
40 North Central, Suite ~~1200~~ 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

7017 0190 0000 4291 8227



**CERTIFIED MAIL**®

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total P
$

Sent To      Patrick Howdeshell
Street       8802 Ampezo Trail
City, St      Austin, TX 78749

R.O.
MAILED
1-20-22

7017 0190 0000 4291 8227

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6099 0125 5407 20

2. Article Number (Transfer from service label)

7017 0190 0000 4291 8227

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____    □ Agent
                             □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Mail
□ Mail Restricted Delivery
    (0)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70170190000042918227

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

## In Transit to Next Facility

February 3, 2022

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

---

| Tracking History | ⌃ |
| --- | --- |

**February 3, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

**January 30, 2022, 9:58 pm**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

---

**January 30, 2022, 6:43 am**
Arrived at USPS Regional Facility

AUSTIN TX DISTRIBUTION CENTER

---

**January 28, 2022, 10:21 pm**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

---

**January 28, 2022, 7:20 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

---

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*Mark.Wenker@usdoj.gov*

January 28, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Donald Merritt
2 Crestwood Ct.
Belleville, IL 62226

Re:   *United States v. Brannen Sage Mehaffey*
        CR-20-00626-PHX-DWL

Dear Mr. Merritt:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

By:

MARK WENKER
Assistant United States Attorney

Encl.: Notice of Forfeiture
        Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (January 28, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
*District of Arizona*
*Two Renaissance Square*
*40 North Central, Suite 1200 — 1800*
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**



CERTIFIED MAIL

7017 0190 0000 4291 8234

Donald Merritt
2 Crestwood Ct.
Belleville, IL 62226

---

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
*District of Arizona*
*Two Renaissance Square*
*40 North Central, Suite 1200 — 1800*
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

Donald Merritt
2 Crestwood Ct.
Belleville, IL 62226

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Merritt
2 Crestwood Ct.
Belleville, IL 62226

9590 9402 6099 0125 5407 37

2. Article Number *(Transfer from service label)*

7017 0190 0000 4291 8234

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   ☐0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7017 0190 0000 4291 8234

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

MAILED BY
1-20-22

Postage

Donald Merritt
2 Crestwood Ct.
Belleville, IL 62226

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 70170190000042918234

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

## In Transit to Next Facility

February 3, 2022

**Get Updates** ⌄



---

### Text & Email Updates                              ⌄

---

### Tracking History                                  ⌃

**February 3, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

**January 30, 2022, 3:03 pm**
Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

---

**January 30, 2022, 9:12 am**
Arrived at USPS Regional Facility



SAINT LOUIS MO DISTRIBUTION CENTER

---

**January 28, 2022, 10:21 pm**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

---

**January 28, 2022, 7:18 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

---

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:   (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax:   (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

*Mark.Wenker@usdoj.gov*

January 28, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Kathie Wimsatt
1118 Lancaster Dr
NE Salem, OR 97301

    Re:   *United States v. Brannen Sage Mehaffey*
                CR-20-00626-PHX-DWL

Dear Ms. Wimsatt:

    Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

    Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

    Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

                        Regards,

                        GARY M. RESTAINO
                        United States Attorney
                        District of Arizona

                By:

                        MARK WENKER
                        Assistant United States Attorney

Encl.:  Notice of Forfeiture
        Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (January 28, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

**R. SOUTHWICK**

**U.S. Department of Justice**

United States Attorney

*District of Arizona*

*Two Renaissance Square*
*40 North Central, Suite 1200* 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

CERTIFIED MAIL

7017 0190 0000 4291 8241

Kathie Wimsatt
1118 Lancaster Dr
NE Salem, OR 97301

**R. SOUTHWICK**

**U.S. Department of Justice**

United States Attorney

*District of Arizona*

*Two Renaissance Square*
*40 North Central, Suite 1200* 1800
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

Kathie Wimsatt
1118 Lancaster Dr
NE Salem, OR 97301

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathie Winsatt
1118 Lancaster Dr
NE Salem, OR 97301

9590 9402 6099 01125 5407 13

2. Article Number (Transfer from service label)

7017 0190 0000 4291 8241

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total
$

Sent
Kathie Wimsatt
1118 Lancaster Dr
NE Salem, OR 97301

Street
City

MAILED
P.O.
1-2-8-22
Postmark Here

7017 0190 0000 4291 8241

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

R. Southwick
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200 1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

CERTIFIED MAIL

7017 0190 0000 4291 8241

PHOENIX AZ 852

28 JAN 2022 PM 10 L

US POSTAGE >> PITNEY BOWES

ZIP 85004
02 4W
0001131758 JAN 28 2022
$ 007.33⁰

Kathie Winsatt
1118 Lancaster Dr
NE Salem, OR 97301

97301-2990618

NIXIE      971   FE 1      0002/11/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85004442499      *2414-06495 28-38



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

*Mark.Wenker@usdoj.gov*

March 21, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Kathie Wimsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

> Re:   *United States v. Brannen Sage Mehaffey*
>         CR-20-00626-PHX-DWL

Dear Ms. Wimsatt:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

By:

MARK WENKER
Assistant United States Attorney

Encl.: Notice of Forfeiture
        Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (March 21, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark J. Wenker, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite ~~1200~~ 1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED



CERTIFIED MAIL®

7017 0190 0000 4291 8272

Kathie Wimsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite ~~1200~~ 1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

Kathie Wimsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathie Wimsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

9590 9402 6099 0125 5406 83

2. Article Number *(Transfer from service label)*

7017 0190 0000 4291 8272

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Posta

$

Kathie Wimsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

Sent To

Street and

City, State,

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7017 0190 0000 4291 8272

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200   1800
Phoenix, Arizona 85004-4408
Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

AMK

CERTIFIED MAIL

7017 0190 0000 4291 8272

RECD - USMO - PHOENIX
APR 15 '22 AM 7:34

Kathie Winsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

ZIP 85004
04 4W
0001131758 MAR 21 2022

$ 007.53

NIXIE      971      DE 1      0004/10/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RETURN TO SENDER

*0114-03141-21-45

BC:   85004442499

---

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200   1800
Phoenix, Arizona 85004-4408
Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

AMK

RECD - USMO - PHOENIX
APR 15 '22 AM 7:34

Kathie Winsatt
113 E. Cooley Ave
Brownsville, OR 97327-2316

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

ZIP 85004
02 4W
0001131758 MAR 21 2022

$ 000.53

WINSATT KATHIE NO ADDRESS
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
*0114-03135-21-45

BC:   85004442499

971 DFE 1   422F5004/10/22

10 day Hold

3/24

ANK
85004442499 PROD



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:  (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax:  (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

*james.knapp2@usdoj.gov*

May 20, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

     Re:   *United States v. Brannen Sage Mehaffey*
             CR-20-00626-PHX-DWL

Dear Mr. Howdeshell:

    Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

    Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

    Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

                  Regards,

                  GARY M. RESTAINO
                  United States Attorney
                  District of Arizona

                  By:

                  JAMES R. KNAPP
                  Assistant United States Attorney

Encl.:  Notice of Forfeiture
       Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (May 20, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney James R. Knapp, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney James R. Knapp, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK

**U.S. Department of Justice**

*United States Attorney*
*District of Arizona*
*Two Renaissance Square*
*40 North Central, Suite 1200   1800*
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

CERTIFIED MAIL

7021 0950 0001 1678 3093

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

R. SOUTHWICK

**U.S. Department of Justice**

United States Attorney
*District of Arizona*
*Two Renaissance Square*
*40 North Central, Suite 1200   1800*
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

Patrick Howdeshell
8802 Ampezo Trail
Austin, TX 78749

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage

$

Sent To   Patrick Howdeshell

Street and Apt.   8802 Ampezo Trail

City, State, ZIP   Austin, TX 78749

Mailed 20-22 RS

Postmark Here

7021 0950 0001 1678 3093

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70210950000116783093                    Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

## In Transit to Next Facility

May 27, 2022

**Get Updates** ⌄

---

**Text & Email Updates**                                   ⌄

---

**Tracking History**                                       ⌃

**May 27, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

**May 23, 2022, 9:54 pm**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

---

**May 23, 2022, 7:18 am**
Arrived at USPS Regional Facility

AUSTIN TX DISTRIBUTION CENTER

**May 20, 2022, 10:37 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

## USPS Tracking Plus®                                              ⌄

## Product Information                                              ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*james.knapp2@usdoj.gov*

May 20, 2022

*Sent Via Certified and First-Class U.S. Mail to:*

Patrick Howdeshell
7503 Davy Dr.
Volente, TX 78641-9154

    Re:    *United States v. Brannen Sage Mehaffey*
            CR-20-00626-PHX-DWL

Dear Mr. Howdeshell:

    Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

    Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

    Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

                        Regards,

                        GARY M. RESTAINO
                        United States Attorney
                        District of Arizona

                        By:

                        JAMES R. KNAPP
                        Assistant United States Attorney

Encl.: Notice of Forfeiture
       Preliminary Order of Forfeiture

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR-20-00626-PHX-DWL; NOTICE OF FORFEITURE

Notice is given that on December 28, 2021, in the case of U.S. v. Brannen Sage Mehaffey, Court Case Number CR-20-00626-PHX-DWL, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$88,290.00 in U.S. currency (21-IRS-000014) which was seized from Patrick Howdeshell on October 21, 2020 at 6200 Bee Cave Road, located in Austin, TX

$425.00 in U.S. Currency (21-IRS-000015) which was seized from Brannen Mehaffey on October 21, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$2,900.00 in U.S. Currency (21-IRS-000016) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$250.00 in U.S. Currency (21-IRS-000017) which was seized from Brannen Mehaffey on October 26, 2020 at 3801 N. Capital of Texas Highway, Ste. E240, located in Austin, TX

$1,000.00 United States Postal Service Money Order Serial # 26380385785 (21-IRS-000029) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat, 15401 Cameron Rd, located in Pflugerville, TX

$1,000.00 United States Postal Service Money Order, Serial # 26753708046 (21-IRS-000032) which was seized from Brannen Mehaffey on December 08, 2020 at Any Length Retreat 15401 Cameron Rd Pflugerville, located in Pflugerville, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 30 days from the date this notice is sent to you (May 20, 2022), pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(2). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney James R. Knapp, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, *see* 28 C.F.R. §§ 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney James R. Knapp, 40. N. Central Avenue, #1800, Phoenix, AZ 85004-4408. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200—1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

CERTIFIED MAIL

7021 0950 0001 1678 3109

Patrick Howdeshell
7503 Davy Dr.
Volente, TX 78641-9154

R. SOUTHWICK
U.S. Department of Justice

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200—1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

Patrick Howdeshell
7503 Davy Dr.
Volente, TX 78641-9154



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total
$

Sent To  Patrick Howdeshell
Street 7503 Davy Dr.
City, S  Volente, TX 78641-9154

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0950 0001 1678 3109



R. SOUTHWICK

**U.S. Department of Justice**

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200-1800
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

IA K1: 935222 0192

CERTIFIED MAIL

7021 0950 0001 1678 3109

Patrick Howdeshell
7503 Davy Dr.
Volente, TX 78641-9154

NIXIE       787    FE 1        0005/27/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  85004442499    *1179-03537-20-45

85004-4408    UTF

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          v.

Brannen Sage Mehaffey,

                    Defendant.

CR 20-00626-1-PHX-DWL

**ORDER OF FORFEITURE**

As a result of defendant's guilty plea to Count 1 of the Information charging defendant with a violation of 18 U.S.C. § 1960(a), (b)(1)(B), and (b)(1)(C), Unlicensed Money Transmitting Business, a Class D felony offense.

Defendant admitted to the forfeiture allegations contained in the Information, and agreed to forfeit to the United States:

1.     $88,290.00 in United States Currency;

2.     $425.00 in United States Currency;

3.     $2,900.00 in United States Currency;

4.     $250.00 in United States Currency;

5.     $1,000.00 United States Postal Service Money Order Serial # 26380385785; and

6.     $1,000.00 United States Postal Service Money Order, Serial # 26753708046 (the "Subject Property").

The Court has determined that the Subject Property is subject to forfeiture pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. §§ 924(d), 981, 982 and 2253, 21 U.S.C. §§

853 and 881, and/or 28 U.S.C. § 2461(c). The Government has established the requisite nexus between the Subject Property and the offense(s) to which the defendant pled guilty. The Court finds that the defendant has forfeited all right, title and interest defendant may have in the Subject Property.

Upon the entry of this Order, the United States is authorized to seize the Subject Property and to conduct any discovery to identify, locate or dispose property that is subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

Any person asserting a legal interest in the Subject Property must, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of any alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the defendant's sentencing and shall be included in the sentence and judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought, and serve a copy upon MARK J. WENKER, Assistant United States Attorney.

After the disposition of any motion filed pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in

accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated this 28th day of December, 2021.

_____
Dominic W. Lanza
United States District Judge

3