# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00626-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Brannen Sage Mehaffey, | |
| Defendant. | |

The Court has reviewed the parties' Notice of Stipulation Regarding Remaining Restitution Issues and Joint Motion to Vacate Restitution Hearing (Doc. 105).

IT IS ORDERED directing the parties to file a joint notice no later than **4:00 p.m., August 26, 2022,** providing the Court with an agreed-upon payment schedule that takes into account the new amount of criminal monetary penalties ($562,552.24). The Restitution Hearing will be vacated upon the Court's approval of the new payment schedule.

Dated this 26th day of August, 2022.

Dominic W. Lanza
United States District Judge