GARY M. RESTAINO
United States Attorney
District of Arizona
CAITLIN NOEL
Assistant U.S. Attorney
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Caitlin.Noel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Brannen Sage Mehaffey,<br><br>　　　　　Defendant. | No. CR- 20-00626-001-PHX-DWL<br><br>**NOTICE OF AGREED-UPON PAYMENT SCHEDULE** |

Pursuant to the Court's Order (Doc. 106), the parties provide notice that they have reached an agreement regarding the schedule of payments for Defendant's criminal monetary penalties. Specifically, the parties agree that, considering Defendant's financial condition (PSR ¶¶ 74-75), the payment schedule should remain the same notwithstanding the increased total restitution amount. The parties request that the Court include the following proposed language:

> The defendant shall pay a total of **$562,552.24** in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payments of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $150.00 over a period of 36 months to commence 60 days after the release from imprisonment to a term of supervised release.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the one Count Information.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Other than the increased total amount of the criminal monetary penalty, this language is identical to the Judgment entered June 28, 2022. (Doc. 103.)

Respectfully submitted this 26th day of August, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/Caitlin Noel*
CAITLIN NOEL
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 26th day of August, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Arnold A. Spencer
Counsel for Defendant

*s/ L. Elias*
U.S. Attorney's Office

- 3 -