IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Brannen Sage Mehaffey,<br><br>　　　　　　Defendant. | No. CR- 20-00626-1-PHX-DWL<br><br>**O R D E R** |

Pursuant to the parties' Notice of Stipulation Regarding Remaining Restitution Issues and Joint Motion to Vacate Restitution Hearing (Doc. 105) and the parties' Joint Notice (Doc. 107) in response to this Court's Order (Doc. 106), and good cause appearing:

**IT IS ORDERED** vacating the Restitution Hearing set on **August 29, 2022, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the an amended judgment will issue to reflect the parties' stipulation regarding restitution to additional victims.

Dated this 26th day of August, 2022.

_____
Dominic W. Lanza
United States District Judge