# UNITED STATES DISTRICT COURT
for the
## District of Arizona

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## Disposition Notice

**Date:** October 12, 2022
**By:** VE

---

**Defendant:** Brannen Sage Mehaffey
**Date of Birth:** [REDACTED]
**SSN:** [REDACTED]

**Case Number:** 0970 2:20CR00626
**Place of Birth:** San Antonio, Texas

---

**Notice of Court Order** (Order Date: December 16, 2020)

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered Passport number [REDACTED] to the custody of the U.S. Pretrial Services on June 8, 2021.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

[X] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court